# EXHIBIT A

Filing # 142307309 E-Filed 01/20/2022 10:18:04 AM

IN THE CIRCUIT COURT OF THE _____6th_____ JUDICIAL CIRCUIT,
IN AND FOR _____PASCO_____ COUNTY, FLORIDA

Mary Sue Cehi

Case No.: - 512021CA003003CAAXWS
Division: Circuit Civil

_____
Plaintiff,

Capital One Bank (USA), N.A., Trans Union, LLC,
Equifax Information Services, LLC, and Experian
Information Solutions, Inc.

Defendant

TIME: _____

DATE: _____

SERVER: _____

ID #: _____

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL
## ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO
## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

Experian Information Solutions, Inc. C/O CT Corporation System

TO/PARA/A: {enter other party's full legal name}     1200 South Pine Island Road, Plantation, Florida 33324
{address (including city and state)/location for service}

## IMPORTANT

A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to
file a written response to the attached complaint/petition with the clerk of this circuit court, located at:
{street address  38053 Live Oak Avenue Dade City, FL 33523

A phone call will not protect you. Your written response, including the case number given above
and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and
property may be taken thereafter without further warning from the Court.** There are other
legal requirements. You may want to call an attorney right away. If you do not know an attorney, you
may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to
the Court, you must also serve a copy of your written response on the party serving this summons at:

{Name and address of party serving summons}  Kaelyn Diamond, Esq. - Ziegler, Diamond Law: Debt Fighters

2561 Nursery Road, Suite A, Clearwater, FL 33764; email: kaelyn@attorneydebtfighters.com; phone: (727) 538-4188

**If the party serving summons has designated e-mail address(es) for service or is represented by an
attorney, you may designate e-mail address(es) for service by or on you. Service must be in
accordance with Florida Rule of Judicial Administration 2.516.**

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit
Court's office. You may review these documents, upon request.**

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Personal Service on an Individual (09/12)

Warren Sua
1547
2022/02/02 14:55:22

**You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and E-mail Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be served at the address on record at the clerk's office.**

**WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.**

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Localizado en: _____.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, usted puede consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:

Nombre y direccion de la parte que entrega la orden de comparencencia: _____

_____.

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office].  Estos documentos pueden ser revisados a su solicitud.**

**Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual.  (Usted puede presentar _____ el Formulario: Ley de Familia de la Florida 12.915, Florida Supreme Court Approved Family Law Form 12.915, Designation of Current Mailing and E-mail Address.)  Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

**ADVERTENCIA: Regla 12.285 (Rule 12.285), de las Reglas de Procedimiento de Ley de Familia de la Florida [Florida Family Law Rules of Procedure], requiere cierta revelacion automatica de documentos e informacion.  El incumplimient, puede resultar en sanciones, incluyendo la desestimacion o anulacion de los alegatos.**

## IMPORTANT

Des poursuites judiciaires ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: *{L'Adresse}* _____. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

Nom et adresse de la partie qui depose cette citation: _____

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande.**

**Il faut aviser le greffier de votre adresse actuelle. (Vous pouvez deposer Florida Supreme Court Approved Family Law Form 12.915, Designation of Current Mailing and E-mail Address.) Les documents de l'avenir de ce proces seront envoyer a l'adresse que vous donnez au bureau du greffier.**

**ATTENTION: La regle 12.285 des regles de procedure du droit de la famille de la Floride exige que l'on remette certains renseignements et certains documents a la partie adverse. Tout refus de les fournir pourra donner lieu a des sanctions, y compris le rejet ou la suppression d'un ou de plusieurs actes de procedure.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: January 21, 2022 _____

(SEAL)

CLERK OF THE CIRCUIT COURT

2021CA003003CAWS 01-21-2022 08:55 AM

Nikki Alvarez-Sowles
Pasco County Clerk & Comptroller
2021CA003003CAWS  01-21-2022 08:55 AM
Deputy Clerk: Jamie Dye

Filing # 142307309 E-Filed 01/20/2022 10:18:04 AM

IN THE CIRCUIT COURT OF THE _____6th_____ JUDICIAL CIRCUIT,
IN AND FOR _____PASCO_____ COUNTY, FLORIDA

Mary Sue Cehi

Case No.: _ 512021CA003003CAAXWS
Division: Circuit Civil

**Plaintiff,**

Capital One Bank (USA), N.A., Trans Union, LLC,
Equifax Information Services, LLC, and Experian
Information Solutions, Inc.

TIME: _____

DATE: _____

**Defendant**

SERVER: _____

ID #: _____

## PRETRIAL SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL
## ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO
## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

Experian Information Solutions, Inc. C/O CT Corporation System

TO/PARA/A: {enter other party's full legal name} ___1200 South Pine Island Road, Plantation, Florida 33324___
{address (including city and state)/location for service}

## IMPORTANT

A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to
file a written response to the attached complaint/petition with the clerk of this circuit court, located at:
{street address ___38053 Live Oak Avenue Dade City, FL 33523___

A phone call will not protect you. Your written response, including the case number given above
and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and
property may be taken thereafter without further warning from the Court.** There are other
legal requirements. You may want to call an attorney right away. If you do not know an attorney, you
may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to
the Court, you must also serve a copy of your written response on the party serving this summons at:

{Name and address of party serving summons} ___Kaelyn Diamond, Esq. - Ziegler, Diamond Law: Debt Fighters___

___2561 Nursery Road, Suite A, Clearwater, FL 33764; email: kaelyn@attorneydebtfighters.com; phone: (727) 538-4188___

**If the party serving summons has designated e-mail address(es) for service or is represented by an
attorney, you may designate e-mail address(es) for service by or on you. Service must be in
accordance with Florida Rule of Judicial Administration 2.516.**

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit
Court's office. You may review these documents, upon request.**

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Personal Service on an Individual (09/12)
Electronically Filed Pasco Case # 2021CA003003CAAXWS 01/20/2022 10:18:04 AM

**You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and E-mail Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be served at the address on record at the clerk's office.**

**WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: _____. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:

Nombre y direccion de la parte que entrega la orden de comparencencia: _____
_____.

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud.**

**Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. (Usted puede presentar _____ el Formulario: Ley de Familia de la Florida 12.915, Florida Supreme Court Approved Family Law Form 12.915, Designation of Current Mailing and E-mail Address.) Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

**ADVERTENCIA: Regla 12.285 (Rule 12.285), de las Reglas de Procedimiento de Ley de Familia de la Florida [Florida Family Law Rules of Procedure], requiere cierta revelacion automatica de documentos e informacion. El incumplimient, puede resultar en sanciones, incluyendo la desestimacion o anulacion de los alegatos.**

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: *{L'Adresse}* _____.   Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

Nom et adresse de la partie qui depose cette citation: _____

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier.  Vous pouvez revue ces documents, sur demande.**

**Il faut aviser le greffier de votre adresse actuelle.  (Vous pouvez deposer Florida Supreme Court Approved Family Law Form 12.915, Designation of Current Mailing and E-mail Address.)  Les documents de l'avenir de ce proces seront envoyer a l'adresse que vous donnez au bureau du greffier.**

**ATTENTION: La regle 12.285 des regles de procedure du droit de la famille de la Floride exige que l'on remette certains renseignements et certains documents a la partie adverse. Tout refus de les fournir pourra donner lieu a des sanctions, y compris le rejet ou la suppression d'un ou de plusieurs actes de procedure.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: January 21, 2022 _____

(SEAL)

CLERK OF THE CIRCUIT COURT

Nikki Alvarez-Sowles
Pasco County Clerk & Comptroller
2021CA003003CAAWS 01-21-2022 08:55 AM
Deputy Clerk: Jamie Dye

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Personal Service on an Individual (09/12)

Filing # 141130518 E-Filed 12/30/2021 11:04:51 AM

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA

**MARY SUE CEHI,**

     **Plaintiff,**

v.                           **Case No:**

**CAPITAL ONE BANK (USA),**
**N.A., TRANS UNION, LLC,**
**EQUIFAX INFORMATION**         **DEMAND FOR JURY TRIAL**
**SERVICES, LLC, AND**
**EXPERIAN INFORMATION**
**SOLUTIONS, INC.,**

     **Defendants.**

_____/

### PLAINTIFF'S COMPLAINT WITH INJUNCTIVE RELIEF SOUGHT

     **COMES NOW**, Plaintiff, **MARY SUE CEHI** ("Ms. Cehi" or "Plaintiff"), by and

through the undersigned counsel, and hereby sues and files this Complaint and Demand for

Jury Trial with Injunctive Relief Sought against Defendants, **CAPITAL ONE BANK**

**(USA), N.A.** ("Defendant Capital One"), **TRANS UNION, LLC** ("Defendant Trans

Union"), **EQUIFAX INFORMATION SERVICES, LLC** ("Defendant Equifax"), and

**EXPERIAN INFORMATION SOLUTIONS, INC.** ("Defendant Experian") (all

collectively "Defendants"), and in support thereof states as follows:

#### *Introduction*

     1.     This action arises out of Defendants' willful violations of the Fair Credit

Reporting Act, 15 U.S.C. § 1681, *et. seq.* ("FCRA"). Specifically, Defendant Capital One

failed to conduct a proper investigation of Ms. Cehi's disputes by not reviewing all relevant

information provided by the consumer reporting agencies, not directing the consumer

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **1** of **31**

reporting agencies to delete the inaccurate information, and willfully continuing to furnish false and inaccurate information regarding the relevant account.

2.      Defendant Trans Union, Defendant Equifax, and Defendant Experian failed to maintain and follow reasonable procedures to assure maximum possible accuracy of the information reported to third parties regarding Ms. Cehi and also failed to follow the requirements set forth to handle cases of disputed accuracy when processing Ms. Cehi's disputes of the relevant account.

3.      Defendants' actions have directly and proximately caused Ms. Cehi's credit score to decrease significantly and damaged Ms. Cehi's ability to obtain new credit due to Defendants' furnishing and reporting of inaccurate information in her consumer credit report.

### *Jurisdiction and Venue*

4.      This is an action for damages that exceeds Thirty Thousand Dollars ($30,000.00), exclusive of interest, costs, and attorney's fees.

5.      Jurisdiction is proper in the State of Florida where the Defendants conduct business in the State of Florida.

6.      Jurisdiction of this Court also arises where Defendants' tortious activity under the FCRA occurred in the State of Florida.

7.      Venue is proper in Pasco County, Florida, where this tortious cause of action accrued in Pasco County.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **2** of **31**

*Parties*

8.      Plaintiff, Ms. Cehi, was and is a natural person and, at all times material hereto, is an adult, a resident of Pasco County, Florida, and a "consumer" as defined by 15 U.S.C. § 1692a (3).

9.      At all times material hereto, consumer reporting agency, Defendant Trans Union, was and is a foreign limited liability company with its principal place of business in the state of IL and its registered agent, The Prentice-Hall Corporation System, Inc., located at 1201 Hays Street, Tallahassee, Florida 32301.

10.     At all times material hereto, consumer reporting agency, Defendant Equifax Information Services, LLC, was and is a foreign profit corporation with its principal place of business in the state of GA and its registered agent, Corporation Service Company, located at 1201 Hays Street, Tallahassee, Florida 32301.

11.     At all times material hereto, consumer reporting agency, Defendant Experian Information Solutions, Inc., was and is a foreign profit corporation with its principal place of business in the state of CA and its registered agent, CT Corporation System, located at 1200 South Pine Island Road, Plantation, Florida 33324.

12.     At all times material hereto, Defendant Capital One was and is a bank with its headquarters located at 4851 Cox Road, Glen Allen, VA 23060.

*Statements of Fact*

13.     Ms. Cehi opened two credit card accounts for personal use with Defendant Capital One that were each assigned a unique account number ending in under Ms. Cehi's name (collectively "Accounts").

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **3** of **31**

14.     Sometime thereafter, Ms. Cehi encountered financial difficulties and fell behind on her payments towards the Accounts, incurring an alleged outstanding balanced owed thereunder ("Debt").

15.     In August of 2017, Defendant Capital One filed a lawsuit against Ms. Cehi in connection with the collection of an alleged balance of $1,806.25 owed under one of the Accounts; *see Capital One Bank (USA), N.A. v. Mary S. Cehi*, Pinellas County Case No. 17-005791-SC ("Capital One Collection Case 1").

16.     Then, in September of 2017, Defendant Capital One filed a second lawsuit against Ms. Cehi in connection with the collection of an alleged balance of $3,598.34 owed under one of the Accounts; *see Capital One Bank (USA), N.A. v. Mary S. Cehi*, Pinellas County Case No. 17-006560-SC ("Capital One Collection Case 2").

17.     Both Capital One Collection Case 1 and Case 2 (collectively "Capital One Collection Cases") resulted in Default Final Judgments against Ms. Cehi.

18.     Ms. Cehi was eventually able to satisfy the Default Final Judgments in the Capital One Collection Cases.

19.     Accordingly, on February 26, 2020, a Satisfaction of Judgment was filed by the Clerk of Court in Capital One Collection Case 1. *See* **Exhibit "A."**

20.     Additionally, on June 23, 2021, a Satisfaction of Judgment was filed by in Capital One Collection Case 2. *See* **Exhibit "B."**

21.     As of June 23, 2021, Defendant Capital One knew that Ms. Cehi had satisfied both Default Final Judgments in the Capital One Collection Cases and that Ms. Cehi no longer owed any alleged balance to Defendant Capital One.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **4** of **31**

22.     Despite Defendant Capital One's actual knowledge that Ms. Cehi had satisfied both Default Final Judgments in the Capital One Collection Cases, Defendant Capital One continued to furnish negative credit information that the Account at issue in Capital One Collection Case 1 was still outstanding, owed by Ms. Cehi, and in charge-off status.

23.     Ms. Cehi attempted to notify Defendant Capital One directly and through its attorney of record in Capital One Collection Case 1 of Defendant Capital One's inaccurate negative credit information to no avail.

24.     Thus, on or around August 9, 2021, Ms. Cehi sent a dispute letter to Defendant Trans Union regarding the improper reporting of the Account as delinquent and with an outstanding balance owed, and requested that Defendant Trans Union fix the improper credit reporting. *See* **Exhibit C.**

25.     That same day, on or around August 9, 2021, Ms. Cehi sent a dispute letter to Defendant Equifax regarding the improper reporting of the Account as delinquent and with an outstanding balance owed, and requested that Defendant Equifax fix the improper credit reporting. *See* **Exhibit D.**

26.     Finally, that same day, on or around August 9, 2021, Ms. Cehi sent a dispute letter to Defendant Experian regarding the improper reporting of the Account as delinquent and with an outstanding balance owed, and requested that Defendant Experian fix the improper credit reporting. *See* **Exhibit E.**

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **5** of **31**

27. Mr. Cehi's dispute to Defendant Trans Union, Defendant Equifax, and Defendant Experian (collectively "Defendant Credit Reporting Agencies") provided all relevant information regarding Ms. Cehi and the Account.

28. The relevant information contained in the disputes included Ms. Cehi's full contact information, personal information, a clear description of the Account in the consumer credit reports that she was disputing, a request that the credit bureaus reinvestigate and correct the inaccuracy, an explanation of why she was disputing the inaccuracy, and an identification of the Account by the unique account number. *See* **Exhibits C, D, and E.**

29. Under information and belief, the Defendant Credit Reporting Agencies provided all relevant information and a notice of the dispute to Defendant Capital One upon the Credit Reporting Agencies' receipt of the same.

30. On August 19, 2021, Defendant Trans Union confirmed in a letter to Ms. Cehi that it refused to correct Defendant Capital One's improper credit reporting in response to Ms. Cehi's dispute. *See* **Exhibit F.**

31. On August 19, 2021, Defendant Equifax confirmed in a letter to Ms. Cehi that it refused to correct Defendant Capital One's improper credit reporting in response to Ms. Cehi's dispute. *See* **Exhibit G.**

32. On August 25, 2021, Defendant Experian confirmed in a letter to Ms. Cehi that it refused to correct Defendant Capital One's improper credit reporting in response to Ms. Cehi's dispute. *See* **Exhibit H.**

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **6** of **31**

33.     Under information and belief, Defendant Capital One failed to conduct a reasonable investigation of Ms. Cehi's disputes and continued to incorrectly report to the consumer reporting agencies that Ms. Cehi had delinquent payment history and an outstanding past-due balance owed on the Account when such Account had previously been satisfied in February of 2020.

34.     Defendant Credit Reporting Agencies failed and refused, and continue to fail and refuse, to conduct a proper and reasonable investigation of Ms. Cehi's dispute regarding the Account and to correct the inaccuracies from Ms. Cehi's consumer report.

35.     Defendant Credit Reporting Agencies provided and continue to provide Ms. Cehi's consumer report containing erroneous information to third parties, who then use such reports to make creditworthiness determinations about her.

36.     Defendant Credit Reporting Agencies have actual knowledge of the inaccuracies as reported on the Account as provided by Ms. Cehi's Trans Union, Equifax, and Experian disputes.

37.     As a direct and proximate result of Defendants' actions or inactions regarding the Account, Ms. Cehi's credit score has dropped more than 100 points.

38.     Accordingly, Ms. Cehi's current credit standing with legitimate creditors has been adversely affected by Defendant Credit Reporting Agencies' continued inaccurate reporting of the Account and Defendant Capital One's continued furnishing of inaccurate information.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **7** of **31**

39. Due to the improper credit reporting of the Account, in October of 2021, Ms. Cehi's credit score dropped significantly and directly and proximately resulted in the denial of Ms Cehi's application for an American Express and Discover credit card.

### *Count 1 – Negligent Noncompliance with FCRA*
### *(as against Furnisher, Defendant Capital One)*

40. Plaintiff re-alleges paragraphs 1-39 and incorporates the same herein by reference.

41. Defendant Capital One negligently failed to comply with the requirements of the Fair Credit Reporting Act, 15 U.S.C. §1681S-2(b).

42. Defendant Capital One is a "user" and "furnisher" of credit information as discussed in the Fair Credit Reporting Act, 15 U.S.C. §§1681-1681x.

43. Ms. Cehi notified Defendant Credit Reporting Agencies in writing of the dispute regarding the Account and included all relevant information.

44. Under information and belief, Defendant Capital One received notice of the dispute from Defendant Credit Reporting Agencies.

45. After being informed by Defendant Credit Reporting Agencies that Ms. Cehi disputed the accuracy of the information it was providing, Defendant Capital One negligently failed to conduct a proper investigation of Ms. Cehi's dispute pertaining to the Account filed with Defendant Credit Reporting Agencies, as required by 15 U.S.C. §1681S-2(b)(A).

46. Defendant Capital One negligently failed to review all relevant information allegedly provided from Defendant Credit Reporting Agencies to Defendant Capital One in conducting its investigation, as required by 15 U.S.C. §1681S-2(b)(B).

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **8** of **31**

47.     Defendant Capital One negligently failed to direct such consumer reporting agencies to delete the inaccurate information about Ms. Cehi pertaining to the Account, as required by 15 U.S.C. §1681S-2(b)(C).

48.     Ms. Cehi has a private right of action to assert claims against Defendant Capital One arising under 15 U.S.C. §1681S-2(b).

49.     Defendant Capital One continue to fail in supplying accurate and truthful information in regards to the Account as it pertains to Ms. Cehi.

50.     Rather, Defendant Capital One continues to report false and inaccurate information and failed to retract, delete, and suppress false and inaccurate information it reported about Ms. Cehi.

51.     As a direct and proximate result of Defendant Capital One's failure to comply with the requirements of the FCRA, Ms. Cehi has suffered, and continues to suffer lost opportunity to receive credit and increased cost for credit.

52.     Defendant Capital One's improper and false credit reporting has harmed Ms. Cehi by damaging her reputation for credit worthiness.

53.     Defendant Capital One's improper and false credit reporting has harmed Ms. Cehi by directly and proximately resulted in the denial of Ms Cehi's application for an American Express and Discover credit card.

54.     Defendant Capital One's improper and false credit reporting has harmed Ms. Cehi by invading her privacy.

55.     Defendant Capital One's improper and false credit reporting has harmed Ms. Cehi by causing her emotional distress.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **9** of **31**

56.    Defendant Capital One's improper and false credit reporting has harmed Ms. Cehi by causing her to lose sleep.

57.    Defendant Capital One's improper and false credit reporting has harmed Ms. Cehi by causing her embarrassment.

58.    Defendant Capital One's improper and false credit reporting has harmed Ms. Cehi by causing her stress.

59.    Defendant Capital One's improper and false credit reporting has harmed Ms. Cehi by causing her anxiety.

60.    Defendant Capital One's improper and false credit reporting has harmed Ms. Cehi by causing her aggravation.

61.    Defendant Capital One's improper and false credit reporting has harmed Ms. Cehi by being an annoyance.

62.    Defendant Capital One's improper and false credit reporting has harmed Ms. Cehi by harming her reputation.

63.    It has been necessary for Ms. Cehi to retain the undersigned counsel to prosecute the instant action, for which she is obligated to pay a reasonable attorney's fee.

64.    All conditions precedent to this action have occurred.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter judgment against Defendant Capital One as follows:

> a.    Injunctive relief requiring Defendant Capital One to correct the inaccuracies regarding the Account and furnish these corrections to Trans Union, Equifax, and Experian;

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **10** of **31**

b.  Awarding actual damages;

c.  Awarding costs and attorneys' fees pursuant to 15 U.S.C. §1681o(a);
    and

d.  Any other and further relief as this Court deems equitable.

### Count 2 – Willful Noncompliance with FCRA
### (as against Furnisher, Defendant Capital One)

65.    Plaintiff re-alleges paragraphs 1-39 and incorporates the same herein by
reference.

66.    Defendant Capital One willfully failed to comply with the requirements of
the Fair Credit Reporting Act, 15 U.S.C. §1681S-2(b).

67.    Defendant Capital One is a "user" and "furnisher" of credit information as
discussed in the Fair Credit Reporting Act, 15 U.S.C. §§1681-1681x.

68.    Ms. Cehi notified Defendant Credit Reporting Agencies in writing of the
dispute regarding the Account and included all relevant information.

69.    Under information and belief, Defendant Capital One received notice of the
dispute from Defendant Credit Reporting Agencies.

70.    After being informed by Defendant Credit Reporting Agencies that Ms.
Cehi disputed the accuracy of the information it was providing, Defendant Capital One
willfully failed to conduct a proper investigation of Ms. Cehi's dispute pertaining to the
Account filed with Defendant Credit Reporting Agencies, as required by 15 U.S.C.
§1681S-2(b)(A).

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **11** of **31**

71.     Defendant Capital One willfully failed to review all relevant information allegedly provided from Defendant Credit Reporting Agencies to Defendant Capital One in conducting its investigation, as required by 15 U.S.C. §1681S-2(b)(B).

72.     Defendant Capital One willfully failed to direct such consumer reporting agencies to delete the inaccurate information about Ms. Cehi pertaining to the Account, as required by 15 U.S.C. §1681S-2(b)(C).

73.     Ms. Cehi has a private right of action to assert claims against Defendant Capital One arising under 15 U.S.C. §1681S-2(b).

74.     Defendant Capital One continue to fail in supplying accurate and truthful information in regards to the Account as it pertains to Ms. Cehi.

75.     Rather, Defendant Capital One continues to report false and inaccurate information and failed to retract, delete, and suppress false and inaccurate information it reported about Ms. Cehi.

76.     As a direct and proximate result of Defendant Capital One's failure to comply with the requirements of the FCRA, Ms. Cehi has suffered, and continues to suffer lost opportunity to receive credit and increased cost for credit.

77.     Defendant Capital One's improper and false credit reporting has harmed Ms. Cehi by damaging her reputation for credit worthiness.

78.     Defendant Capital One's improper and false credit reporting has harmed Ms. Cehi by directly and proximately resulted in the denial of Ms Cehi's application for an American Express and Discover credit card.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **12** of 31

79.    Defendant Capital One's improper and false credit reporting has harmed Ms. Cehi by invading her privacy.

80.    Defendant Capital One's improper and false credit reporting has harmed Ms. Cehi by causing her emotional distress.

81.    Defendant Capital One's improper and false credit reporting has harmed Ms. Cehi by causing her to lose sleep.

82.    Defendant Capital One's improper and false credit reporting has harmed Ms. Cehi by causing her embarrassment.

83.    Defendant Capital One's improper and false credit reporting has harmed Ms. Cehi by causing her stress.

84.    Defendant Capital One's improper and false credit reporting has harmed Ms. Cehi by causing her anxiety.

85.    Defendant Capital One's improper and false credit reporting has harmed Ms. Cehi by causing her aggravation.

86.    Defendant Capital One's improper and false credit reporting has harmed Ms. Cehi by being an annoyance.

87.    Defendant Capital One's improper and false credit reporting has harmed Ms. Cehi by harming her reputation.

88.    It has been necessary for Ms. Cehi to retain the undersigned counsel to prosecute the instant action, for which she is obligated to pay a reasonable attorney's fee.

89.    All conditions precedent to this action have occurred.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **13** of **31**

**WHEREFORE**, Plaintiff respectfully requests this Court to enter judgment against Defendant Capital One as follows:

     a.  Injunctive relief requiring Defendant Capital One to correct the inaccuracies regarding the Account and furnish these corrections to Trans Union, Equifax, and Experian;

     b.  Awarding statutory damages;

     c.  Awarding actual damages;

     d.  Awarding punitive damages;

     e.  Awarding costs and attorneys' fees pursuant to 15 U.S.C. §1681n(a); and

     f.  Any other and further relief as this Court deems equitable.

### *Count 3 – Negligent Noncompliance with FCRA* <br> *(as against Defendant Trans Union)*

90.    Plaintiff re-alleges paragraphs 1-39 and incorporates the same herein by reference.

91.    Trans Union is a "consumer reporting agency" as defined in the Fair Credit Reporting Act, 15 U.S.C. §1681a(f).

92.    Trans Union prepared, issued, assembled, transferred, and otherwise reproduced "consumer reports" regarding Plaintiff, as defined in the Fair Credit Reporting Act, 15 U.S.C. §1681a(d).

93.    Such reports contained information about the Account that was false, misleading, and inaccurate.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **14** of **31**

94.     Trans Union negligently failed to comply with the requirements of the FCRA. Trans Union's violations include, but are not limited to, the following:

   a.  Trans Union failed to comply with the FCRA, 15 U.S.C. §1681e(b) by negligently failing to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Ms. Cehi;

   b.  Trans Union failed to comply with the FCRA, 15 U.S.C. §1681i by failing to follow the requirements set forth to handle cases of disputed accuracy.

95.     As a direct and proximate result of Trans Union's failure to comply with the requirements of the FCRA, Ms. Cehi has suffered, and continues to suffer lost opportunity to receive credit and increased cost for credit.

96.     Trans Union's improper and false credit reporting has harmed Ms. Cehi by damaging her reputation for credit worthiness.

97.     Trans Union's improper and false credit reporting has harmed Ms. Cehi by directly and proximately causing the denial of Ms Cehi's application for an American Express and Discover credit card.

98.     Trans Union's improper and false credit reporting has harmed Ms. Cehi by causing her lost opportunity to receive credit and increased cost for credit.

99.     Trans Union's improper and false credit reporting has harmed Ms. Cehi by invading her privacy.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **15** of **31**

100.    Trans Union's improper and false credit reporting has harmed Ms. Cehi by causing her embarrassment.

101.    Trans Union's improper and false credit reporting has harmed Ms. Cehi by causing her stress.

102.    Trans Union's improper and false credit reporting has harmed Ms. Cehi by causing her aggravation.

103.    Trans Union's improper and false credit reporting has harmed Ms. Cehi by harming her reputation.

104.    Trans Union's improper and false credit reporting has harmed Ms. Cehi by causing her emotional distress.

105.    Trans Union's improper and false credit reporting has harmed Ms. Cehi by causing her to lose sleep.

106.    Trans Union's improper and false credit reporting has harmed Ms. Cehi by causing her anxiety.

107.    Trans Union's improper and false credit reporting has harmed Ms. Cehi by being annoying.

108.    It has been necessary for Ms. Cehi to retain the undersigned counsel to prosecute the instant action, for which she is obligated to pay a reasonable attorney's fee.

109.    All conditions precedent to this action have occurred.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter judgment against Trans Union as follows:

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **16** of **31**

a. Injunctive relief requiring Trans Union to correct the inaccuracies reported on the Account from Plaintiff's credit report;

b. Awarding actual damages;

c. Awarding costs and attorneys' fees pursuant to 15 U.S.C. §1681o(a); and

d. Any other and further relief as this Court deems equitable.

### *Count 4 – Willful Noncompliance with FCRA*
### *(as against Defendant Trans Union)*

110.    Plaintiff re-alleges paragraphs 1-39 and incorporates the same herein by reference.

111.    Trans Union is a "consumer reporting agency" as defined in the Fair Credit Reporting Act, 15 U.S.C. §1681a(f).

112.    Trans Union prepared, issued, assembled, transferred, and otherwise reproduced "consumer reports" regarding Plaintiff, as defined in the Fair Credit Reporting Act, 15 U.S.C. §1681a(d).

113.    Such reports contained information about the Account that was false, misleading, and inaccurate.

114.    Trans Union willfully failed to comply with the requirements of the FCRA. Trans Union's violations include, but are not limited to, the following:

a. Trans Union failed to comply with the FCRA, 15 U.S.C. §1681e(b) by willfully failing to maintain and/or follow reasonable procedures to assure maximum possible accuracy of

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **17** of **31**

the information it reported to one or more third parties pertaining

to Ms. Cehi;

b. Trans Union failed to comply with the FCRA, 15 U.S.C. §1681i

by failing to follow the requirements set forth to handle cases of

disputed accuracy.

115.    As a direct and proximate result of Trans Union's failure to comply with the requirements of the FCRA, Ms. Cehi has suffered, and continues to suffer lost opportunity to receive credit and increased cost for credit.

116.    Trans Union's improper and false credit reporting has harmed Ms. Cehi by damaging her reputation for credit worthiness.

117.    Trans Union's improper and false credit reporting has harmed Ms. Cehi by directly and proximately causing the denial of Ms Cehi's application for an American Express and Discover credit card.

118.    Trans Union's improper and false credit reporting has harmed Ms. Cehi by causing her lost opportunity to receive credit and increased cost for credit.

119.    Trans Union's improper and false credit reporting has harmed Ms. Cehi by invading her privacy.

120.    Trans Union's improper and false credit reporting has harmed Ms. Cehi by causing her embarrassment.

121.    Trans Union's improper and false credit reporting has harmed Ms. Cehi by causing her stress.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **18** of **31**

122.    Trans Union's improper and false credit reporting has harmed Ms. Cehi by causing her aggravation.

123.    Trans Union's improper and false credit reporting has harmed Ms. Cehi by harming her reputation.

124.    Trans Union's improper and false credit reporting has harmed Ms. Cehi by causing her emotional distress.

125.    Trans Union's improper and false credit reporting has harmed Ms. Cehi by causing her to lose sleep.

126.    Trans Union's improper and false credit reporting has harmed Ms. Cehi by causing her anxiety.

127.    Trans Union's improper and false credit reporting has harmed Ms. Cehi by being annoying.

128.    It has been necessary for Plaintiff to retain the undersigned counsel to prosecute the instant action, for which she is obligated to pay a reasonable attorney's fee.

129.    All conditions precedent to this action have occurred.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter judgment against Trans Union as follows:

a.  Injunctive relief requiring Trans Union to correct the inaccuracies reported on the Account from Plaintiff's credit report;

b.  Awarding actual damages;

c.  Awarding punitive damages;

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **19** of **31**

    d. Awarding costs and attorneys' fees pursuant to 15 U.S.C. §1681n(a);

       and

    e. Any other and further relief as this Court deems equitable.

### Count 5 – Negligent Noncompliance with FCRA
### (as against Defendant Equifax)

130. Plaintiff re-alleges paragraphs 1-39 and incorporates the same herein by reference.

131. Equifax is a "consumer reporting agency" as defined in the Fair Credit Reporting Act, 15 U.S.C. §1681a(f).

132. Equifax prepared, issued, assembled, transferred, and otherwise reproduced "consumer reports" regarding Plaintiff, as defined in the Fair Credit Reporting Act, 15 U.S.C. §1681a(d).

133. Such reports contained information about the Account that was false, misleading, and inaccurate.

134. Equifax negligently failed to comply with the requirements of the FCRA. Equifax's violations include, but are not limited to, the following:

    a. Equifax failed to comply with the FCRA, 15 U.S.C. §1681e(b) by negligently failing to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Ms. Cehi;

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **20** of **31**

b. Equifax failed to comply with the FCRA, 15 U.S.C. §1681i by failing to follow the requirements set forth to handle cases of disputed accuracy.

135.    As a direct and proximate result of Equifax's failure to comply with the requirements of the FCRA, Ms. Cehi has suffered, and continues to suffer lost opportunity to receive credit and increased cost for credit.

136.    Equifax's improper and false credit reporting has harmed Ms. Cehi by damaging her reputation for credit worthiness.

137.    Equifax's improper and false credit reporting has harmed Ms. Cehi by preventing her from obtaining a home mortgage loan with a lower interest rate in December of 2018.

138.    Equifax's improper and false credit reporting has harmed Ms. Cehi by causing her lost opportunity to receive credit and increased cost for credit.

139.    Equifax's improper and false credit reporting has harmed Ms. Cehi by invading her privacy.

140.    Equifax's improper and false credit reporting has harmed Ms. Cehi by causing her embarrassment.

141.    Equifax's improper and false credit reporting has harmed Ms. Cehi by causing her stress.

142.    Equifax's improper and false credit reporting has harmed Ms. Cehi by causing her aggravation.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **21** of **31**

143.   Equifax's improper and false credit reporting has harmed Ms. Cehi by harming her reputation.

144.   Equifax's improper and false credit reporting has harmed Ms. Cehi by causing her emotional distress.

145.   Equifax's improper and false credit reporting has harmed Ms. Cehi by causing her to lose sleep.

146.   Equifax's improper and false credit reporting has harmed Ms. Cehi by causing her anxiety.

147.   Equifax's improper and false credit reporting has harmed Ms. Cehi by being annoying.

148.   It has been necessary for Ms. Cehi to retain the undersigned counsel to prosecute the instant action, for which she is obligated to pay a reasonable attorney's fee.

149.   All conditions precedent to this action have occurred.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter judgment against Equifax as follows:

      a.   Injunctive relief requiring Equifax to correct the inaccuracies reported on the Account from Plaintiff's credit report;

      b.   Awarding actual damages;

      c.   Awarding costs and attorneys' fees pursuant to 15 U.S.C. §1681o(a); and

      d.   Any other and further relief as this Court deems equitable.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **22** of **31**

### *Count 6 – Willful Noncompliance with FCRA*
### *(as against Equifax)*

150.    Plaintiff re-alleges paragraphs 1-39 and incorporates the same herein by reference.

151.    Equifax is a "consumer reporting agency" as defined in the Fair Credit Reporting Act, 15 U.S.C. §1681a(f).

152.    Equifax prepared, issued, assembled, transferred, and otherwise reproduced "consumer reports" regarding Ms. Cehi, as defined in the Fair Credit Reporting Act, 15 U.S.C. §1681a(d).

153.    Such reports contained information about the Account that was false, misleading, and inaccurate.

154.    Equifax willfully failed to comply with the requirements of the FCRA. Equifax's violations include, but are not limited to, the following:

    a. Equifax failed to comply with the FCRA, 15 U.S.C. §1681e(b) by willfully failing to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Ms. Cehi;

    b. Equifax failed to comply with the FCRA, 15 U.S.C. §1681i by failing to follow the requirements set forth to handle cases of disputed accuracy.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **23** of **31**

155.   As a direct and proximate result of Equifax's failure to comply with the requirements of the FCRA, Ms. Cehi has suffered, and continues to suffer lost opportunity to receive credit and increased cost for credit.

156.   Equifax's improper and false credit reporting has harmed Ms. Cehi by damaging her reputation for credit worthiness.

157.   Equifax's improper and false credit reporting has harmed Ms. Cehi by directly and proximately causing the denial of Ms Cehi's application for an American Express and Discover credit card.

158.   Equifax's improper and false credit reporting has harmed Ms. Cehi by causing her lost opportunity to receive credit and increased cost for credit.

159.   Equifax's improper and false credit reporting has harmed Ms. Cehi by invading her privacy.

160.   Equifax's improper and false credit reporting has harmed Ms. Cehi by causing her embarrassment.

161.   Equifax's improper and false credit reporting has harmed Ms. Cehi by causing her stress.

162.   Equifax's improper and false credit reporting has harmed Ms. Cehi by causing her aggravation.

163.   Equifax's improper and false credit reporting has harmed Ms. Cehi by harming her reputation.

164.   Equifax's improper and false credit reporting has harmed Ms. Cehi by causing her emotional distress.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **24** of **31**

165.    Equifax's improper and false credit reporting has harmed Ms. Cehi by causing her to lose sleep.

166.    Equifax's improper and false credit reporting has harmed Ms. Cehi by causing her anxiety.

167.    Equifax's improper and false credit reporting has harmed Ms. Cehi by being annoying.

168.    It has been necessary for Ms. Cehi to retain the undersigned counsel to prosecute the instant action, for which she is obligated to pay a reasonable attorney's fee.

169.    All conditions precedent to this action have occurred.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter judgment against Equifax as follows:

a. Injunctive relief requiring Equifax to correct the inaccuracies reported on the Account from Plaintiff's credit report;

b. Awarding actual damages;

c. Awarding punitive damages;

d. Awarding costs and attorneys' fees pursuant to 15 U.S.C. §1681n(a); and

e. Any other and further relief as this Court deems equitable.

### Count 7 – Negligent Noncompliance with FCRA
### (as against Defendant Experian)

170.    Plaintiff re-alleges paragraphs 1-39 and incorporates the same herein by reference.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **25** of **31**

171.    Experian is a "consumer reporting agency" as defined in the Fair Credit Reporting Act, 15 U.S.C. §1681a(f).

172.    Experian prepared, issued, assembled, transferred, and otherwise reproduced "consumer reports" regarding Plaintiff, as defined in the Fair Credit Reporting Act, 15 U.S.C. §1681a(d).

173.    Such reports contained information about the Account that was false, misleading, and inaccurate.

174.    Experian negligently failed to comply with the requirements of the FCRA. Experian's violations include, but are not limited to, the following:

> a. Experian failed to comply with the FCRA, 15 U.S.C. §1681e(b) by negligently failing to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Ms. Cehi;
>
> b. Experian failed to comply with the FCRA, 15 U.S.C. §1681i by failing to follow the requirements set forth to handle cases of disputed accuracy.

175.    As a direct and proximate result of Experian's failure to comply with the requirements of the FCRA, Ms. Cehi has suffered, and continues to suffer lost opportunity to receive credit and increased cost for credit.

176.    Experian's improper and false credit reporting has harmed Ms. Cehi by damaging her reputation for credit worthiness.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **26** of **31**

177.    Experian's improper and false credit reporting has harmed Ms. Cehi by preventing her from obtaining a home mortgage loan with a lower interest rate in December of 2018.

178.    Experian's improper and false credit reporting has harmed Ms. Cehi by causing her lost opportunity to receive credit and increased cost for credit.

179.    Experian's improper and false credit reporting has harmed Ms. Cehi by invading her privacy.

180.    Experian's improper and false credit reporting has harmed Ms. Cehi by causing her embarrassment.

181.    Experian's improper and false credit reporting has harmed Ms. Cehi by causing her stress.

182.    Experian's improper and false credit reporting has harmed Ms. Cehi by causing her aggravation.

183.    Experian's improper and false credit reporting has harmed Ms. Cehi by harming her reputation.

184.    Experian's improper and false credit reporting has harmed Ms. Cehi by causing her emotional distress.

185.    Experian's improper and false credit reporting has harmed Ms. Cehi by causing her to lose sleep.

186.    Experian's improper and false credit reporting has harmed Ms. Cehi by causing her anxiety.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **27** of **31**

187.   Experian's improper and false credit reporting has harmed Ms. Cehi by being annoying.

188.   It has been necessary for Ms. Cehi to retain the undersigned counsel to prosecute the instant action, for which she is obligated to pay a reasonable attorney's fee.

189.   All conditions precedent to this action have occurred.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter judgment against Experian as follows:

a. Injunctive relief requiring Experian to correct the inaccuracies reported on the Account from Plaintiff's credit report;

b. Awarding actual damages;

c. Awarding costs and attorneys' fees pursuant to 15 U.S.C. §1681o(a); and

d. Any other and further relief as this Court deems equitable.

### *Count 8 – Willful Noncompliance with FCRA*
### *(as against Experian)*

190.   Plaintiff re-alleges paragraphs 1-39 and incorporates the same herein by reference.

191.   Experian is a "consumer reporting agency" as defined in the Fair Credit Reporting Act, 15 U.S.C. §1681a(f).

192.   Experian prepared, issued, assembled, transferred, and otherwise reproduced "consumer reports" regarding Ms. Cehi, as defined in the Fair Credit Reporting Act, 15 U.S.C. §1681a(d).

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **28** of **31**

193.    Such reports contained information about the Account that was false, misleading, and inaccurate.

194.    Experian willfully failed to comply with the requirements of the FCRA. Experian's violations include, but are not limited to, the following:

      a.   Experian failed to comply with the FCRA, 15 U.S.C. §1681e(b) by willfully failing to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Ms. Cehi;

      b.   Experian failed to comply with the FCRA, 15 U.S.C. §1681i by failing to follow the requirements set forth to handle cases of disputed accuracy.

195.    As a direct and proximate result of Experian's failure to comply with the requirements of the FCRA, Ms. Cehi has suffered, and continues to suffer lost opportunity to receive credit and increased cost for credit.

196.    Experian's improper and false credit reporting has harmed Ms. Cehi by damaging her reputation for credit worthiness.

197.    Experian's improper and false credit reporting has harmed Ms. Cehi by directly and proximately causing the denial of Ms Cehi's application for an American Express and Discover credit card.

198.    Experian's improper and false credit reporting has harmed Ms. Cehi by causing her lost opportunity to receive credit and increased cost for credit.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **29** of **31**

199.   Experian's improper and false credit reporting has harmed Ms. Cehi by invading her privacy.

200.   Experian's improper and false credit reporting has harmed Ms. Cehi by causing her embarrassment.

201.   Experian's improper and false credit reporting has harmed Ms. Cehi by causing her stress.

202.   Experian's improper and false credit reporting has harmed Ms. Cehi by causing her aggravation.

203.   Experian's improper and false credit reporting has harmed Ms. Cehi by harming her reputation.

204.   Experian's improper and false credit reporting has harmed Ms. Cehi by causing her emotional distress.

205.   Experian's improper and false credit reporting has harmed Ms. Cehi by causing her to lose sleep.

206.   Experian's improper and false credit reporting has harmed Ms. Cehi by causing her anxiety.

207.   Experian's improper and false credit reporting has harmed Ms. Cehi by being annoying.

208.   It has been necessary for Ms. Cehi to retain the undersigned counsel to prosecute the instant action, for which she is obligated to pay a reasonable attorney's fee.

209.   All conditions precedent to this action have occurred.

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **30** of **31**

**WHEREFORE**, Plaintiff respectfully requests this Court to enter judgment against Experian as follows:

    a. Injunctive relief requiring Experian to correct the inaccuracies reported on the Account from Plaintiff's credit report;

    b. Awarding actual damages;

    c. Awarding punitive damages;

    d. Awarding costs and attorneys' fees pursuant to 15 U.S.C. §1681n(a); and

    e. Any other and further relief as this Court deems equitable.

## DEMAND FOR JURY TRIAL

Plaintiff, Mary Sue Cehi, demands a trial by jury on all issues so triable.

Respectfully submitted this **December 30, 2021,**

*/s/ Kaelyn Diamond*
Kaelyn Diamond, Esq.
Florida Bar No. 125132
kaelyn@attorneydebtfighters.com
service@attorneydebtfighters.com
Ziegler Diamond Law: Debt Fighters
2561 Nursery Road, Suite A
Clearwater, FL 33764
(p)  (727) 538-4188
(f)  (727) 362-4778
*Counsel for Plaintiff*

Plaintiff's Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Cehi v. Capital One, Trans Union, Equifax, and Experian*
Page **31** of **31**

Filing # 141130518 E-Filed 12/30/2021 11:04:51 AM

# EXHIBIT A

# CIRCUIT COURT, PINELLAS COUNTY, FLORIDA
# CIVIL DIVISION

UCN: 522017SC005791XXSCSC                    REF: 17-005791-SC

CAPITAL ONE BANK (USA), N.A.

_____
                              Plaintiff,
                                                **KEN BURKE, CLERK OF COURT**
_____                 **AND COMPTROLLER PINELLAS COUNTY, FL**
VS.                                              **INST# 2020066365 02/26/2020 03:39 PM**
                                                 **OFF REC BK: 20899  PG: 1037-1037**
MARY S CEHI                                      **DocType:S**
_____
                              Defendant.

## SATISFACTION OF JUDGMENT BY CLERK

The undersigned Clerk acknowledges on this 26TH day of FEBRUARY, 2020, receipt from MARY S CEHI, $2,062.73 (face amount of the judgment); $243.90 interest accruing on the judgment through the date of payment; $7.00 costs of issuance of any execution; $42.10 in court registry fees; $6.95 costs for certified mail to judgment holder; and $10.00 for recording, totaling $2,372.68.

Pursuant to section 55.141, Florida Statutes, said sum is paid to satisfy the lien and to discharge that certain final judgment in favor of CAPITAL ONE BANK (USA), N.A.. whose last known address, if known, is 1680 CAPITAL ONE DR MCLEAN VA 22102, against MARY S CEHI recorded in Official Records of the public records of Pinellas County, Florida as follows:

|          | OR Book | 19868 | Pg | 693 |
|          |         | 19927 |    | 214 |

Upon execution of this satisfaction, said judgment is satisfied and discharged.

If an address for the judgment holder was provided under Section 55.10(1), Florida Statutes, I certify that a copy of this notice has been sent to the judgment holder at said address by certified mail with return receipt.

WITNESS my hand and seal of this Court, this 26TH day of February, 2020.



**KEN BURKE**
Clerk of the Circuit Court and
Comptroller

By: _Leena M DelliParli_

Deputy Clerk

RETURN TO:
MARY S CEHI - OVER COUNTER
5/2006 – SATIS BY CLK

Filing # 141130518 E-Filed 12/30/2021 11:04:51 AM

# EXHIBIT B

Electronically Filed Pasco Case # 2021CA003003CAAXWS 12/30/2021 11:04:51 AM

Filing # 129313541 E-Filed 06/23/2021 10:02:21 AM

IN THE COUNTY COURT   IN AND FOR
PINELLAS COUNTY, FLORIDA

SMALL CLAIMS DIVISION

CASE NO: 17-006560-SC

CAPITAL ONE BANK (USA), N.A.

               Plaintiff,

vs.

MARY S CEHI,

               Defendant.

_____/

## SATISFACTION OF JUDGMENT

KNOW ALL MEN BY THESE PRESENTS the Undersigned, owner, and holder of a final judgment
rendered in the above-captioned civil action, dated October 24, 2017, recorded in, recorded in PINELLAS
County, Official Records BK/PG 19842/1091, acknowledges that all sums due under it have been fully paid and that
final judgment is hereby cancelled and satisfied of record.

DATED this 22 day of June , 2021.

_____
KIANA DYER

_____
Stephanie Galdino

_____
Attorney of Record for Judgment Owner and Holder
Ramiro Kriss

STATE OF FLORIDA
COUNTY OF DADE

The foregoing instrument was acknowledged before me via ✓ physical presence or ___ online
notarization, this 22 day of June , 2021 by Ramiro Kriss

Personally Known ✓ or Produced Identification____

Type of Identification Produced __N/A__

NOTARY NAME: Jacqueline Garcia

My Commission Expires: September 13 2024



This Instrument prepared by:
Pollack & Rosen, P.A.
806 Douglas Road, Suite 200
Coral Gables, FL 33134
LegalPleadings@PollackRosen.com
Telephone No.: 305-448-0006

Matter No: 3288958

Filing # 141130518 E-Filed 12/30/2021 11:04:51 AM

# EXHIBIT C

Mary Sue Cehi

███████████

August 9, 2021

Trans Union, LLC
Consumer Dispute Center
P.O. Box 2000
Chester, PA 19022-2000
*Sent via Certified Mail*

Re:     **Disputed Item on my Credit Report**
        **Date of Birth:** ███████████
        **Last 4 SSN:** ██████

To Whom It May Concern:

This letter is intended to dispute inaccurate information pertaining to a Capital One account on my credit report. The relevant partial account number is ████████ but this dispute applies to the account even if the account number changes. Please see the attached excerpt from my Trans Union credit report showing the disputed item. That account is improperly reported since February 2020, and continues to be improperly reported.

On February 26, 2020, the account was paid in full to the Clerk of Court in Pinellas County, Florida.

Capital One began inaccurately reporting this account to the credit bureaus in February 2020. I have disputed the inaccuracies directly with (creditor) and online with unfavorable results.

I, therefore, dispute the improper reporting on this account. I request that you remove the inaccurate information from my report.

Thank you for your attention to this matter.

Regards,

*Mary Sue Cehi*

Mary Sue Cehi

Encl.   Excerpt from Trans Union Credit Report
        Copy of Florida Driver's License
        Satisfaction of Judgement

# TransUnion

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

## CAPITAL ONE AUTO FINANCE

\# ********** ****

CB DISPUTES TEAM
P O BOX 259407
PLANO, TX 75025
(800) 946-0332

| Date Opened: | 12/14/2013 | Date Updated: | 12/09/2019 | Pay Status: | Paid, Closed; was Paid as agreed |
| Responsibility: | Individual Account | Payment Received: | $231 | | |
| Account Type: | Installment Account | Last Payment Made: | 12/09/2019 | Terms: | $0 per month, paid Monthly for 72 months |
| Loan Type: | AUTOMOBILE | | | Date Closed: | 12/09/2019 |

>Maximum Delinquency of 30 days in 12/2015 for $344 and in 02/2016 for $171<

High Balance: High balance of $21,727 from 02/2019 to 12/2019
Remarks: CLOSED

| | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $231 | $613 | $990 | $983 | $1,357 | $1,747 | $2,135 | $2,519 | $2,902 |
| Scheduled Payment | $0 | $381 | $381 | $381 | $381 | $381 | $381 | $381 | $381 | $381 |
| Amount Paid | $231 | $385 | $381 | $0 | $381 | $400 | $400 | $400 | $400 | $400 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $3,281 | | | | | | | | | |
| Scheduled Payment | $381 | | | | | | | | | |
| Amount Paid | $400 | | | | | | | | | |
| Past Due | $0 | | | | | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | N/R | N/R | OK | OK |

| | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | 30 | 30 | 30 | OK |

| | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2014 | 01/2014 | 12/2013 |
|---|---|---|---|
| Rating | OK | OK | OK |

## CAPITAL ONE BANK USA NA

\# ********** ****

P O Box 31293
Salt Lake City, UT 84131
(800) 955-7070

| Date Opened: | 07/25/2014 | Date Updated: | 07/15/2021 | Pay Status: | >Charged Off< |
| Responsibility: | Individual Account | Last Payment Made: | 10/08/2015 | Terms: | Paid Monthly |
| Account Type: | Revolving Account | | | Date Closed: | 05/13/2016 |
| Loan Type: | CREDIT CARD | | | | |

>Maximum Delinquency of 120 days in 03/2016 for $333 and in 04/2016 for $385<

High Balance: High balance of $1,805 from 02/2019 to 07/2021
Credit Limit: Credit limit of $1,500 from 02/2019 to 07/2021
Estimated month and year that this item will be removed: 11/2022

| | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 |
| Past Due | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 |
| Remarks | DRG CBG >PRL< | DRG CBG >PRL< | DRG CBG >PRL< | DRG CBG >PRL< | DRG CBG >PRL< | DRG CBG >PRL< | DRG CBG >PRL< | DRG CBG >PRL< | DRG CBG >PRL< | DRG CBG >PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 |
| Past Due | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 |
| Remarks | DRG CBG >PRL< | DRG CBG >PRL< | DRG CBG >PRL< | DRG CBG >PRL< | DRG CBG >PRL< | CBG >PRL< | CBG >PRL< | CBG >PRL< | CBG >PRL< | CBG >PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 |
| Past Due | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 | $2,062 |
| Remarks | CBG >PRL< | CBG >PRL< | CBG >PRL< | CBG >PRL< | CBG >PRL< | CBG >PRL< | CBG >PRL< | CBG >PRL< | CBG >PRL< | CBG >PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | 120 | 120 | 90 | 60 | 30 | OK | OK |

| | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2014 | 10/2014 | 09/2014 |
|---|---|---|---|
| Rating | OK | OK | OK |

**CAPITAL ONE BANK USA NA**
#████████████ ****
P O Box 31293
Salt Lake City, UT 84131
(800) 955-7070

| | | | |
|---|---|---|---|
| Date Opened: | 12/01/2013 | Date Updated: | 07/15/2021 |
| Responsibility: | Individual Account | Last Payment Made: | 06/09/2021 |
| Account Type: | Revolving Account | | |
| Loan Type: | CREDIT CARD | | |

Pay Status: >Account paid in Full; was a Charge-off<
Terms: Paid Monthly
Date Closed: 05/13/2016
Date Paid: 06/09/2021
>Maximum Delinquency of 120 days in 03/2016 for $575 and in 04/2016 for $676<

**High Balance:** High balance of $3,598 from 02/2019 to 07/2021
**Credit Limit:** Credit limit of $3,000 from 02/2019 to 07/2021
**Estimated month and year that this item will be removed:** 11/2022

# CIRCUIT COURT, PINELLAS COUNTY, FLORIDA
## CIVIL DIVISION

UCN: 522017SC005791XXSCSC                 REF: 17-005791-SC

CAPITAL ONE BANK (USA), N.A.

_____
                                    Plaintiff,

                                                KEN BURKE, CLERK OF COURT
VS.                                             AND COMPTROLLER PINELLAS COUNTY, FL
                                                INST# 2020066366 02/26/2020 03:39 PM
MARY S CEHI                                      OFF REC BK: 20899  PG: 1037-1037
                                                DocType:S
_____
                                    Defendant.
_____

## SATISFACTION OF JUDGMENT BY CLERK

The undersigned Clerk acknowledges on this 26TH day of FEBRUARY, 2020, receipt from MARY S CEHI, $2,062.73 (face amount of the judgment); $243.90 interest accruing on the judgment through the date of payment; $7.00 costs of issuance of any execution; $42.10 in court registry fees; $6.95 costs for certified mail to judgment holder; and $10.00 for recording, totaling $2,372.68.

Pursuant to section 55.141, Florida Statutes, said sum is paid to satisfy the lien and to discharge that certain final judgment in favor of CAPITAL ONE BANK (USA), N.A.. whose last known address, if known, is 1680 CAPITAL ONE DR MCLEAN VA 22102, against MARY S CEHI recorded in Official Records of the public records of Pinellas County, Florida as follows:

|          | OR Book | 19868 | Pg | 693 |
|----------|---------|-------|----|----|
|          |         | 19927 |    | 214 |

Upon execution of this satisfaction, said judgment is satisfied and discharged.

If an address for the judgment holder was provided under Section 55.10(1), Florida Statutes, I certify that a copy of this notice has been sent to the judgment holder at said address by certified mail with return receipt.

    WITNESS my hand and seal of this Court, this 26TH day of February, 2020.



                                                KEN BURKE
                                                Clerk of the Circuit Court and
                                                Comptroller

                                          By: _Leena MDellaPaoli_

                                                Deputy Clerk

RETURN TO:
MARY S CEHI - OVER COUNTER
5/2006 – SATIS BY CLK

Filing # 141130518 E-Filed 12/30/2021 11:04:51 AM

# EXHIBIT D

Mary Sue Cehi

██████████████

August 9, 2021

Equifax
P.O. Box 740256
Atlanta, GA 30374
*Sent via Certified Mail*

> Re:   **Disputed Item on my Credit Report**
>        **Date of Birth:** ██████████████
>        **Last 4 SSN:** ██████

To Whom It May Concern:

This letter is intended to dispute inaccurate information pertaining to a Capital One account on my credit report. The relevant partial account number is XXXXXXXXXXXX1590 but this dispute applies to the account even if the account number changes. Please see the attached excerpt from my Equifax credit report showing the disputed item. That account is improperly reported since February 2020, and continues to be improperly reported.

On February 26, 2020, the account was paid in full to the Clerk of Court in Pinellas County, Florida.

Capital One began inaccurately reporting this account to the credit bureaus in February 2020. I have disputed the inaccuracies directly with (creditor) and online, as is noted in the attached credit report excerpt.

I, therefore, dispute the improper reporting on this account. I request that you remove the inaccurate information from my report.

Thank you for your attention to this matter.

Regards,

*Mary Sue Cehi*

Mary Sue Cehi

Encl.   Excerpt from Experian Credit Report
         Copy of Florida Driver's License
         Satisfaction of Judgement

_my_**Equifax**˜

Mary Cehi  

Home

## Your Equifax credit report

As of **August 09, 2021**

**YOUR CREDIT**

Credit Score

**Credit Report date**

Equifax - August 02, 2021

**Credit Report**   ⌃

Summary

‹ Back

### Revolving Accounts

Mortgage Accounts

# CAPITAL ONE BANK USA NA

Report Date: Aug 02, 2021

Installment Accounts

# CLOSED
**ACCOUNT STATUS**

Other Accounts

Closed accounts stay on your credit report for up to 10 years since the date of last activity. Negative information such as late payments or collections, generally stay on your Equifax credit report for up to 7 years from the date of first delinquency.

Consumer Statements

Personal Information

**Details**     Payments

Inquiries

Public Records

### Overview

| | | | |
|---|---|---|---|
| **Account Number** | xxxxxxxxxxxx 1590 | **Months Reviewed** | 81 |
| **Account Status** | CHARGE_OFF | **Activity Designator** | CLOSED |
| **Owner** | INDIVIDUAL | **Terms Frequency** | MONTHLY |
| **Account Type** | REVOLVING | **Term Duration** | |
| **Creditor Classification** | | **Purchased From** | |
| **Loan Type** | CREDIT_CARD | **Sold To** | |
| **Original Creditor Name** | | | |

Collections

Your Rights

**YOUR IDENTITY**

Freeze

Fraud & Active Duty Alerts

### Balance and Amounts

| | |
|---|---|
| **Balance** | $2,062 |
| **Credit Limit** | $1,500 |
| **High Credit** | |
| **Available Credit** | $-562 |

### Account Dates

| | |
|---|---|
| **Date Opened** | Jul 25, 2014 |
| **Date Reported** | Jul 15, 2021 |
| **Date of Last Activity** | |
| **Date of First Delinquency** | Dec 01, 2015 |

### Comments and Contact

Dispute Center

CHARGED OFF ACCOUNT

ACCOUNT CLOSED BY CREDIT GRANTOR

Products for You

ACCOUNT PREVIOUSLY IN DISPUTE – NOW RESOLVED BY DATA FURNISHER

For questions regarding this account please contact:

**CAPITAL ONE BANK USA NA**
PO BOX 31293
SALT LAKE CITY, UT 84131-1293
(800) 955-7070

**YOUR FEATURED**

*my*Equifax™                                                    Mary Cehi  

Home

## Your Equifax credit report                          As of **August 09, 2021**

**YOUR CREDIT**

Credit Score

**Credit Report date**

**Credit Report** ⌃

Equifax - August 02, 2021

Summary

**Revolving Accounts**                          ‹ Back

Mortgage Accounts

Installment Accounts

Other Accounts

Consumer Statements

Personal Information

Inquiries

Public Records

Collections

Your Rights

# CAPITAL ONE BANK USA NA
Report Date: Aug 02, 2021

# CLOSED
**ACCOUNT STATUS**

Closed accounts stay on your credit report for up to 10 years since the date of last activity. Negative information such as late payments or collections, generally stay on your Equifax credit report for up to 7 years from the date of first delinquency.

|  Details  |  **Payments**  |

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| **2021** | CO | CO | CO | CO | CO | CO | | | | | | |
| **2020** | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| **2019** | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| **2018** | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| **2017** | | | | | | | | CO | CO | CO | CO | CO |
| **2016** | 90 | 120 | | | | | | | | | | |
| **2015** | | | | | | | | | | | | 60 |

**YOUR IDENTITY**

| OK Pays as Agreed | ■ Past Due | ▨ Collection Account | CO Charge Off |
| Too New to Rate | B Bankruptcy | R Repossession | No Data Available |

Freeze

Fraud & Active Duty Alerts

Dispute Center

Products for You

### Payment Details

| | | | |
|---|---|---|---|
| **Months Reviewed** | 81 | **Date of Last Payment** | Oct 01, 2015 |
| **Payment Responsibility** | INDIVIDUAL | **Scheduled Payment Amount** | |
| **Deferred Payment Start Date** | | **Actual Payment Amount** | |
| **Date Closed** | | **Charge Off Amount** | $1,806 |

### Other Payments & Delinquencies

**YOUR FEATURED**

| **Balloon Payment Date** | | **Delinquency First** | Dec 01, 2015 |

**SAVINGS OFFERS**

**Balloon Payment Amount**

**Reported**

**Amount Past Due**                                    $2,062

Credit Cards, Loans ∨
& Insurance

**EFX**

Copyright 2021 Equifax Inc. All rights reserved.

Equifax and the Equifax marks used herein are trademarks of Equifax Inc. Other
product and company names mentioned herein are the property of their
respective owners.

Privacy Policy
Terms of Use | Ad Choices

# CIRCUIT COURT, PINELLAS COUNTY, FLORIDA
# CIVIL DIVISION

UCN: 522017SC005791XXSCSC          REF: 17-005791-SC

CAPITAL ONE BANK (USA), N.A.

_____

                                    Plaintiff,

vs.

MARY S CEHI

_____

                                    Defendant.

KEN BURKE, CLERK OF COURT
AND COMPTROLLER PINELLAS COUNTY, FL.
INST# 2020066365 02/26/2020 03:39 PM
OFF REC BK: 20899 PG: 1037-1037
DocType:S

## SATISFACTION OF JUDGMENT BY CLERK

The undersigned Clerk acknowledges on this 26TH day of FEBRUARY, 2020, receipt from MARY S CEHI, $2,062.73 (face amount of the judgment); $243.90 interest accruing on the judgment through the date of payment; $7.00 costs of issuance of any execution; $42.10 in court registry fees; $6.95 costs for certified mail to judgment holder; and $10.00 for recording, totaling $2,372.68.

Pursuant to section 55.141, Florida Statutes, said sum is paid to satisfy the lien and to discharge that certain final judgment in favor of CAPITAL ONE BANK (USA), N.A.. whose last known address, if known, is 1680 CAPITAL ONE DR MCLEAN VA 22102, against MARY S CEHI recorded in Official Records of the public records of Pinellas County, Florida as follows:

|          | OR Book | 19868 | Pg | 693 |
|----------|---------|-------|----|-----|
|          |         | 19927 |    | 214 |

Upon execution of this satisfaction, said judgment is satisfied and discharged.

If an address for the judgment holder was provided under Section 55.10(1), Florida Statutes, I certify that a copy of this notice has been sent to the judgment holder at said address by certified mail with return receipt.

**WITNESS** my hand and seal of this Court, this 26TH day of February, 2020.



**KEN BURKE**
Clerk of the Circuit Court and
Comptroller

By: _Leena M DellaPaoli_

                                    **Deputy Clerk**

RETURN TO:
MARY S CEHI - OVER COUNTER
S/2006 – SATIS BY CLK

Filing # 141130518 E-Filed 12/30/2021 11:04:51 AM

# EXHIBIT E

Mary Sue Cehi

████████████

August 9, 2021

Experian
P.O. Box 4500
Allen, TX 75013
*Sent via Certified Mail*

      **Re:**    **Disputed Item on my Credit Report**
            **Date of Birth:** ████████████
            **Last 4 SSN:** ████

To Whom It May Concern:

This letter is intended to dispute inaccurate information pertaining to a Capital One account on my credit report. The relevant partial account number is ████ but this dispute applies to the account even if the account number changes. Please see the attached excerpt from my Experian credit report showing the disputed item. That account is improperly reported since February 2020, and continues to be improperly reported.

On February 26, 2020, the account was paid in full to the Clerk of Court in Pinellas County, Florida.

Capital One began inaccurately reporting this account to the credit bureaus in February 2020. I have disputed the inaccuracies directly with (creditor) and online, as is noted in the attached credit report excerpt.

I, therefore, dispute the improper reporting on this account. I request that you remove the inaccurate information from my report.

Thank you for your attention to this matter.

Regards,

*Mary Sue Cehi*

Mary Sue Cehi

Encl.    Excerpt from Experian Credit Report
        Copy of Florida Driver's License
        Satisfaction of Judgement

 *Experian*

### ✉ Contact Info

| | |
|---|---|
| Address | PO BOX 31293,<br>SALT LAKE CITY UT 84131 |
| Phone Number | (800) 955-7070 |

## CAPITAL ONE
**Potentially Negative**

 ### Account Info

| | |
|---|---|
| Account Name | CAPITAL ONE |
| Account Number | ▮▮▮XXXXXXXXX |
| Account Type | Credit card |
| Responsibility | Individual |
| Date Opened | 07/25/2014 |
| Status | Account charged off. $1,806 written off. $2,062 past due as of Jul 2021. |
| Status Updated | May 2016 |
| Balance | $2,062 |
| Balance Updated | 07/15/2021 |
| Recent Payment | $0 |
| Monthly Payment | $0 |
| Credit Limit | $1,500 |
| Highest Balance | $1,806 |
| Terms | NA |
| On Record Until | Aug 2022 |

### $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | CO | CO | CO | CO | CO | CO | – | – | – | – | – |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2018 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2017 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2016 | 60 | 90 | 120 | 150 | CO | CO | CO | CO | CO | CO | CO | CO |
| 2015 | o | o | o | o | o | o | o | o | o | o | o | 30 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Jan 2020** | $2,062 | $0 | $0 on 10/8/2015 |
| **Dec 2019** | $2,062 | $0 | $0 on 10/8/2015 |
| **Nov 2019** | $2,062 | $0 | $0 on 10/8/2015 |
| **Oct 2019** | $2,062 | $0 | $0 on 10/8/2015 |
| **Sep 2019** | $2,062 | $0 | $0 on 10/8/2015 |
| **Aug 2019** | $2,062 | $0 | $0 on 10/8/2015 |

**Additional info**

Between Aug 2019 and Jun 2021, your credit limit/high balance was $1,500



**Contact Info**

| Address | PO BOX 31293, |
| | SALT LAKE CITY UT 84131 |
| Phone Number | (800) 955-7070 |



**Comment**

**Current:**

Account previously in dispute - investigation complete, reported by data furnisher.

Account closed at credit grantor's request.

**Previous:**

Account previously in dispute - investigation complete, reported by data furnisher

Jun 2021, Mar 2021

Account closed at credit grantor's request.

Jun 2021



**Reinvestigation Info**

This item was updated from our processing of your dispute in Jun 2021.

CAPITAL ONE

# CIRCUIT COURT, PINELLAS COUNTY, FLORIDA
## CIVIL DIVISION

UCN: 522017SC005791XXSCSC                    REF: 17-005791-SC

CAPITAL ONE BANK (USA), N.A.

_____
                                    Plaintiff,

vs.
_____                    KEN BURKE, CLERK OF COURT
                                                           AND COMPTROLLER PINELLAS COUNTY, FL
MARY S CEHI                                                INST# 2020066365 02/26/2020 03:39 PM
                                                           OFF REC BK: 20899 PG: 1037-1037
_____                    DocType:S
                                    Defendant.


## SATISFACTION OF JUDGMENT BY CLERK

The undersigned Clerk acknowledges on this 26TH day of FEBRUARY, 2020, receipt from MARY S CEHI, $2,062.73 (face amount of the judgment); $243.90 interest accruing on the judgment through the date of payment; $7.00 costs of issuance of any execution; $42.10 in court registry fees; $6.95 costs for certified mail to judgment holder; and $10.00 for recording, totaling $2,372.68.

Pursuant to section 55.141, Florida Statutes, said sum is paid to satisfy the lien and to discharge that certain final judgment in favor of CAPITAL ONE BANK (USA), N.A.. whose last known address, if known, is 1680 CAPITAL ONE DR MCLEAN VA 22102, against MARY S CEHI recorded in Official Records of the public records of Pinellas County, Florida as follows:

|          | OR Book | 19868 | Pg | 693 |
|----------|---------|-------|----|-----|
|          |         | 19927 |    | 214 |

Upon execution of this satisfaction, said judgment is satisfied and discharged.

If an address for the judgment holder was provided under Section 55.10(1), Florida Statutes, I certify that a copy of this notice has been sent to the judgment holder at said address by certified mail with return receipt.

**WITNESS** my hand and seal of this Court, this 26TH day of February, 2020.



**KEN BURKE**
Clerk of the Circuit Court and
Comptroller

By: _Leena M Della Pauli_

**Deputy Clerk**

RETURN TO:
MARY S CEHI - OVER COUNTER
5/2006 – SATIS BY CLK

Filing # 141130518 E-Filed 12/30/2021 11:04:51 AM

# EXHIBIT F

\*\*\* 328674997-048 \*\*\*
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

08/19/2021


**Information for Good**

PEM56000200275-I002357-083105843

MARY SUE CEHI

Dear MARY SUE CEHI,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete.  After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1.  Updated your credit report based on the information you provided; OR
2.  Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3.  Determined that the data furnisher had previously verified the reported information.  If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4.  Asked the data furnisher reporting the information you disputed to do all of the following:
    *   Review relevant information we sent them, including any provided documents
    *   Investigate your dispute and verify whether the information they report is accurate
    *   Provide us a response to your dispute and update any other information
    *   Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully.  To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

File Number:　　　　■■■997　　　　Page 2 of 5
Date Issued:　　　　08/19/2021

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

## Definitions

For your reference, here are some definitions to help you understand **Your Investigation Results.**

### For ACCOUNTS:

| | |
|---|---|
| **Balance:** The balance owed as of the date the account was verified or reported | **Original Charge Off:** If applicable, the amount charged off due to non-payment of the account |
| **Credit Limit:** The maximum amount of credit approved by the creditor on the account | **Past Due:** The amount past due as of the date the account was verified or reported |
| **Date Opened:** The date the account was Opened | **Pay Status:** The current status of the account; how you are currently paying. For accounts that have been paid and closed, sold, or transferred, it represents the last reported status of the account. |
| **High Balance:** The highest amount ever owed on an account | **Remarks:** If applicable, the creditor may provide additional information here related to the account |
| **Last Payment Made:** The date the creditor received the last payment on the account | **Responsibility:** The type of contractual ownership (individual, joint, authorized user, etc.) of the account |
| **Maximum Delinquency:** If applicable, the maximum amount past due before an account becomes a charge-off or a collection account | **Terms:** The monthly payment amount or monthly minimum payment due on the account |

## Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. This rating key will help you understand any updates to your **PAYMENT HISTORY**, if applicable to **YOUR INVESTIGATION RESULTS.** Any rating that is shaded or any value in the account detail appearing with brackets (> <) may indicate that it is considered adverse.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |



**File Number:** ████4997
**Date Issued:** 08/19/2021

Page 3 of 5

# TransUnion Credit Score

MARY SUE CEHI

YOUR CREDIT SCORE



| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br>**Not Purchased**<br>(See Below)<br>Grade<br>--<br>Created on<br>08/19/2021 | Unavailable<br>(See Below) | Unavailable<br>(See Below) |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

**Summary**
You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

File Number: 1997
Date Issued: 08/19/2021

Page 4 of 5

# Your Investigation Results

> **INVESTIGATION RESULTS - VERIFIED AS ACCURATE AND UPDATED: The disputed item(s) was verified as accurate; however, other information has also changed.**

**CAPITAL ONE BANK USA NA #**█████████**\*\*\*** ( P O Box 31203, Salt Lake City, UT 84131, (800) 955-7070 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE;** however, we updated: **Date Updated; Rating.** Here is how this account appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 07/25/2014 | Balance: | $2,062 |
| Responsibility: | Individual Account | Date Updated: | 08/19/2021 |
| Account Type: | Revolving Account | Last Payment Made: | 10/08/2015 |
| Loan Type: | CREDIT CARD | High Balance: | $1,806 |
| | | Original Charge-off: | $1,806 |
| | | Credit Limit: | $1,500 |
| | | Past Due: | >$2,062< |

| | |
|---|---|
| Pay Status: | >Charged Off< |
| Terms: | Paid Monthly |
| Date Closed: | 05/13/2016 |
| | >Maximum Delinquency of 120 days in 03/2016 and in 04/2016< |

Remarks: DISP INVG COMP-RPT BY GRNTR; CLOSED BY CREDIT GRANTOR; >UNPAID BALANCE CHARGED OFF<

Estimated month and year that this item will be removed: 11/2022

| | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | 120 | 120 | 90 | 60 | 30 |

| | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

File Number: 4997          Page 5 of 5
Date Issued:    08/19/2021

In the preceding pages we have provided details on the results of our investigation. **If our investigation has not resolved your dispute, here's what you can do next:**

- **Add a 100-word statement to your report.** What this means is that you have the right to send us a note of 100 words or less describing your situation or why you disagree with the results, and we will add this statement to your report. Anyone who views your report will see this statement. Please know that if you include any medical information in your statement, this means you're giving TransUnion permission to include that information in any future credit report we issue on your behalf.
- **Dispute directly with the company that reported the information to us.** If you want changes made to information found on your credit report you may dispute with the company that reported it using the contact information listed in **Your Investigation Results.**
- **Provide to us any other information or documents about your dispute.** Please visit www.transunion.com/dispute and let us know you are filing a repeat dispute. Be sure to include any other information or documentation you feel will help us resolve your dispute.
- **File a complaint** about the company reporting the account or about TransUnion with the Consumer Financial Protection Bureau or with your State's Attorney General's office.

If there has been a change to your credit report as a result of our investigation, or if you have added a statement to your report, **you may ask TransUnion to send an updated credit report** to those who have received your report within the last 2 years for employment purposes or within the last 6 months for any other purpose.

**A Note on Inquiries**
An inquiry is posted on your credit report to notify you that a company has requested your report. Companies can only request a credit report for a legitimate business reason (called permissible purpose). Examples of permissible purpose include: credit transactions, employment consideration, review or collection of an existing account or other legitimate business need, insurance underwriting, government licensing, rental application or court order. Inquiries stay on your credit report for up to two (2) years. Each company that requested your credit report will be listed in the section on inquires, along with their contact information. Please note, a company doesn't always need your authorization to view your credit report as long as they have a permissible purpose. If you think an inquiry was made without a permissible purpose, we strongly encourage you to reach out to the company who requested your credit report to find out whether they have opened an account in your name. The company can then investigate and if they determine that someone fraudulently applied for credit in your name, they can close that account and send us a letter requesting removal of the inquiry. If you have specific information that the inquiry was made fraudulently, you can also call our Fraud Victim Assistance department at 800-680-7289.

## Should You Wish to Contact TransUnion

Please have your TransUnion **FILE NUMBER** available.  Your unique **FILE NUMBER** is located at the top of each page of this correspondence.

**Online:**
To dispute information contained in your credit report, please visit:  www.transunion.com/disputeonline
For more information please visit our Frequently Asked Questions page at
http://transunion.com/consumerfaqs

**By Mail:**
TransUnion
P. O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 AM – 11:00 PM ET, Monday through Friday, except major holidays.

P EM56O-002 00275-I002362 06/10

## Summary of Rights

---

### GENERAL SUMMARY OF RIGHTS UNDER THE FCRA

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W. Washington, DC 20552.

#### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your 'file disclosure'). You will be required to provide proper identification, which may include your Social Security Number. In many cases, the disclosure will be free. You are entitled to a free disclosure if:

  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert on your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for more additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688 (888-5OPTOUT).

- **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely

approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place a security freeze, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security Number. You may place a security freeze on your credit report by contacting each of the three nationwide credit reporting agencies.

- Equifax: 1-800-525-6285; www.equifax.com
- Experian: 1-888-397-3742; www.experian.com
- TransUnion: 1-800-680-7289; www.transunion.com

- **As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court. You may also have the right to file suit under state law.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | a. Consumer Financial Protection Bureau<br>1700 G Street, N.W.<br>Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580          (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010 -9050 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act. | b. Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | c. FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106 |
| d. Federal Credit Unions | d. National Credit Union Administration<br>Office of Consumer Financial Protection (OCFP)<br>Division of Consumer Compliance Policy and Outreach<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, S.W.<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, S.W., Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580          (877) 382-4357 |

P EM56O-002 00275-I002306 10/10

Filing # 141130518 E-Filed 12/30/2021 11:04:51 AM

# EXHIBIT G



00000208 07857 0007 0-0003 DBC 0000-1-0003 0330 01 L 0000375



00000427B- DISC
00003906 FSCVAB0004192162023 01 00000 004276 003
MARY S CEHI
P.O. Box 105518
Atlanta, GA 30348

# EQUIFAX

## CREDIT FILE : August 19, 2021
## Confirmation # 1229546422

Dear MARY S CEHI:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete.  Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so.  Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the  dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words (200 words for Maine residents) to your credit report.  If you provide a consumer statement that contains

(Continued On Next Page)                    Page 1 of 6                    1229546422-GKB-0977010100000157-06192021

medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.

- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.equifax.com/personal/disputes. You may also mail your documents to PO Box 740256, Atlanta GA 30374-0256 or contact us by calling a Customer Representative at 866-349-5191.

- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

 00000390G 0785A 0005-0005-0005V38O 50000-0005 0782J0 906E0000 8.ZEP0000 L 00 96Z0201Z61900000V38O 50000-0005 0782J0 906E0000

**What else should I know?**

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may  request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

**How should I read my dispute results?**

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certfied it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

| The Results Of Our Reinvestigation | | | |
|---|---|---|---|
| **Credit Account Information** (For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by  credit grantors) | | | |
| **Account History Status Code Descriptions** | 1 : 30-59 Days Past Due <br> 2 : 60-89 Days Past Due <br> 3 : 90-119 Days Past Due <br> 4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due <br> 6 : 180 or More Days Past Due <br> G : Collection Account <br> H : Foreclosure | J : Voluntary Surrender <br> K : Repossession <br> L : Charge Off |

**>>>  We have researched the credit account. Account # - 517805811228\* The results are:**  WE HAVE VERIFIED THAT THIS ITEM HAS BEEN REPORTED CORRECTLY. ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *DATE OF MAJOR DELINQUENCY 1ST REPORTED *ACTIVITY DESIGNATOR *ACCOUNT HISTORY.   If you have additional questions about this item please contact:

0000650986 02588 0035924DEC-A000002Y-001 00 T 0000KM976

**CAPITAL ONE BANK USA NA**   PO BOX 31293 SALT LAKE CITY UT 84131-0293 ; (800) 955-7070

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 07/25/2014 | | $ 1,500 | | Monthly | | 81 | | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Rptd | Charge Off Amount | | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/19/2021 | $ 2,062 | $ 2,062 | 10/2015 | | | 12/2015 | | 12/2015 | $ 1,806 | | | | | |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Charge Off | Revolving | Credit Card | Individual Account | | |

ADDITIONAL INFORMATION:
*Charged Off Account*

Account History with Status Codes

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/2021 L | 06/2021 L | 05/2021 L | 04/2021 L | 03/2021 L | 02/2021 L | 01/2021 L | 12/2020 L | 11/2020 L | 10/2020 L |
| 09/2020 L | 08/2020 L | 07/2020 L | 06/2020 L | 05/2020 L | 04/2020 L | 03/2020 L | 02/2020 L | 01/2020 L | 12/2019 L |
| 11/2019 L | 10/2019 L | 09/2019 L | 08/2019 L | 07/2019 L | 06/2019 L | 05/2019 L | 04/2019 L | 03/2019 L | 02/2019 L |
| 01/2019 L | 12/2018 L | 11/2018 L | 10/2018 L | 09/2018 L | 08/2018 L | 07/2018 L | 06/2018 L | 05/2018 L | 04/2018 L |
| 03/2018 L | 02/2018 L | 01/2018 L | 12/2017 L | 11/2017 L | 10/2017 L | 09/2017 L | 08/2017 L | 07/2017 L | 06/2017 L |
| 05/2017 L | 04/2017 L | 03/2017 L | 02/2017 L | 01/2017 L | 12/2016 L | 11/2016 L | 10/2016 L | 09/2016 L | 08/2016 L |
| 07/2016 L | 06/2016 L | 05/2016 L | 04/2016 4 | 03/2016 L | 02/2016 3 | 01/2016 2 | 12/2015 1 | | |

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/21 | $ 2,062 | | | 09/01/2015 | | $ 1,500 | $ 2,062 | Credit Card | Closed |
| 06/21 | $ 2,062 | | | 09/01/2015 | | $ 1,500 | $ 2,062 | Credit Card | Closed |
| 05/21 | $ 2,062 | | | 09/01/2015 | | $ 1,500 | $ 2,062 | Credit Card | Closed |
| 04/21 | $ 2,062 | | | 09/01/2015 | | $ 1,500 | $ 2,062 | Credit Card | Closed |
| 03/21 | $ 2,062 | | | 09/01/2015 | | $ 1,500 | $ 2,062 | Credit Card | Closed |

(Continued On Next Page)                    Page 4 of 6                    1229546422-GKB-0977010100000157-08192021



0000905 0791099 5000-4000 0390VADECR 0000008 192 102016 00 L 00000243

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/21 | $ 2,062 | | | 09/01/2015 | | $ 1,500 | $ 2,062 | Credit Card | Closed |
| 01/21 | $ 2,062 | | | 09/01/2015 | | $ 1,500 | $ 2,062 | Credit Card | Closed |
| 12/20 | $ 2,062 | | | 09/01/2015 | | $ 1,500 | $ 2,062 | Credit Card | Closed |
| 11/20 | $ 2,062 | | | 09/01/2015 | | $ 1,500 | $ 2,062 | Credit Card | Closed |
| 10/20 | $ 2,062 | | | 09/01/2015 | | $ 1,500 | $ 2,062 | Credit Card | Closed |
| 09/20 | $ 2,062 | | | 09/01/2015 | | $ 1,500 | $ 2,062 | Credit Card | Closed |
| 08/20 | $ 2,062 | | | 09/01/2015 | | $ 1,500 | $ 2,062 | Credit Card | Closed |
| 07/20 | $ 2,062 | | | 09/01/2015 | | $ 1,500 | $ 2,062 | Credit Card | Closed |
| 06/20 | $ 2,062 | | | 09/01/2015 | | $ 1,500 | $ 2,062 | Credit Card | Closed |
| 05/20 | $ 2,062 | | | 09/01/2015 | | $ 1,500 | $ 2,062 | Credit Card | Closed |
| 04/20 | $ 2,062 | | | 09/01/2015 | | $ 1,500 | $ 2,062 | Credit Card | Closed |
| 03/20 | $ 2,062 | | | 09/01/2015 | | $ 1,500 | $ 2,062 | Credit Card | Closed |
| 02/20 | $ 2,062 | | | 09/01/2015 | | $ 1,500 | $ 2,062 | Credit Card | Closed |
| 01/20 | $ 2,062 | | | 09/01/2015 | | $ 1,500 | $ 2,062 | Credit Card | Closed |
| 12/19 | $ 2,062 | | | 09/01/2015 | | $ 1,500 | $ 2,062 | Credit Card | Closed |
| 11/19 | $ 2,062 | | | 09/01/2015 | | $ 1,500 | $ 2,062 | Credit Card | Closed |
| 10/19 | $ 2,062 | | | 09/01/2015 | | $ 1,500 | $ 2,062 | Credit Card | Closed |
| 09/19 | $ 2,062 | | | 09/01/2015 | | $ 1,500 | $ 2,062 | Credit Card | Closed |
| 08/19 | $ 2,062 | | | 09/01/2015 | | $ 1,500 | $ 2,062 | Credit Card | Closed |

(Continued On Next Page)

1229546422-GKB-0977010100000157-08192021

0000030906 AFB34 0000-0000 0000-0000 DBC-000000A00190000-01520258 00 T.000040976

**Notice to Consumers**

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

(End of Report)                    Page 6 of 6                    1229546422-GKB-0977010100000157-08192021

Filing # 141130518 E-Filed 12/30/2021 11:04:51 AM

# EXHIBIT H

Electronically Filed Pasco Case # 2021CA003003CAAXWS 12/30/2021 11:04:51 AM

Prepared For

**MARY S CEHI**

Personal & Confidential

**Date Generated**  Aug 25, 2021
**Report Number**  ████ -55

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### CAPITAL ONE BANK USA N

Account • ████ XXXXXXXXXX



Updated

The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

You can contact CAPITAL ONE BANK USA N at PO BOX 31293, SALT LAKE CITY , UT 84131 or (800) 955-7070

 **After your dispute**

 **Account Info**

| Account Name | CAPITAL ONE | Balance | $0 |
|---|---|---|---|
| Account Number | ████ XXXXXXXXXX | Balance Updated | 08/24/2021 |
| Account Type | Credit card | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $25 |
| Date Opened | 03/26/2019 | Credit Limit | $3,500 |
| Status | Open/Never late. | Highest Balance | $2,838 |
| Status Updated | 08/2021 | Terms | NA |

## $ Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 |   |   |   |   |   |   |   |   |   |   |   |   |
| 2020 | o | o | o | o | o | o | o | o | — | — | — | — |
|      | o | o | o | o | o | o | o | o | o | o | o | o |
| 2019 | — | — | — | o | o | o | o | o | o | o | o | o |

 Current on payments

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jun 2021 | $0 | $0 | $0 on 5/7/2021 |
| May 2021 | $0 | $0 | $0 on 5/7/2021 |
| Apr 2021 | $95 | $25 | $0 on 10/26/2020 |
| Mar 2021 | $0 | $0 | $0 on 10/26/2020 |
| Feb 2021 | $0 | $0 | $0 on 10/26/2020 |
| Jan 2021 | $0 | $0 | $0 on 10/26/2020 |
| Dec 2020 | $0 | $0 | $0 on 10/26/2020 |
| Nov 2020 | $0 | $0 | $0 on 10/26/2020 |
| Oct 2020 | $3 | $3 | $0 on 10/23/2020 |
| Sep 2020 | $231 | $25 | $0 on 9/18/2020 |
| Aug 2020 | $200 | $25 | $0 on 8/17/2020 |
| Jul 2020 | $3 | $3 | $0 on 7/7/2020 |
| Jun 2020 | $477 | $25 | $0 on 6/20/2020 |
| May 2020 | $789 | $31 | $0 on 5/9/2020 |
| Apr 2020 | $1,990 | $55 | $0 on 4/10/2020 |

| Mar 2020<br>Date | $1,868<br>Balance | $43<br>Scheduled Payment | $0 on 3/20/2020<br>Paid |
|---|---|---|---|
| Feb 2020 | $1,096 | $33 | $0 on 2/20/2020 |
| Jan 2020 | $762 | $25 | $0 on 1/21/2020 |
| Dec 2019 | $761 | $25 | $0 on 12/9/2019 |
| Nov 2019 | $350 | $25 | $0 on 11/21/2019 |
| Oct 2019 | $1,817 | $25 | $0 on 10/17/2019 |
| Sep 2019 | $1,158 | $25 | $0 on 9/14/2019 |
| Aug 2019 | $600 | $25 | $0 on 8/19/2019 |

## Additional info

Between Sep 2019 and Jun 2021, your credit limit/high balance was $3,500

Between Aug 2019 and Aug 2019, your credit limit/high balance was $3,000

 ## Contact Info

Address                PO BOX 31293,
                       SALT LAKE CITY UT 84131

 ## Comment

### Current:

Account previously in dispute   Investigation complete   reported by
data furnisher

### Previous:

None

 ## Reinvestigation Info

This item was updated from our processing of your dispute in Aug
2021.

 ## Before your dispute

Account Info

## Account Info

| | | | |
|---|---|---|---|
| Account Name | **CAPITAL ONE** | Balance | **$160** |
| Account Number | **XXXXXXXXXX** | Balance Updated | **07/27/2021** |
| Account Type | **Credit card** | Recent Payment | **$0** |
| Responsibility | **Individual** | Monthly Payment | **$25** |
| Date Opened | **03/26/2019** | Credit Limit | **$3,500** |
| Status | **Open/Never late.** | Highest Balance | **$2,838** |
| Status Updated | **07/2021** | Terms | **NA** |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | — | — | — | — | — |
| 2020 | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| 2019 | — | — | — | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |

⊙   Current on payments

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jun 2021 | $0 | $0 | $0 on 5/7/2021 |
| May 2021 | $0 | $0 | $0 on 5/7/2021 |
| Apr 2021 | $95 | $25 | $0 on 10/26/2020 |
| Mar 2021 | $0 | $0 | $0 on 10/26/2020 |
| Feb 2021 | $0 | $0 | $0 on 10/26/2020 |
| Jan 2021 | $0 | $0 | $0 on 10/26/2020 |
| Dec 2020 | $0 | $0 | $0 on 10/26/2020 |
| Nov 2020 | $0 | $0 | $0 on 10/26/2020 |
| Oct 2020 | $3 | $3 | $0 on 10/23/2020 |
| Sep 2020 | $231 | $25 | $0 on 9/18/2020 |
| Aug 2020 | $200 | $25 | $0 on 8/17/2020 |
| Jul 2020 | $3 | $3 | $0 on 7/7/2020 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jun 2020 | $479 | $25 | $0 on 6/20/2020 |
| May 2020 | $789 | $31 | $0 on 5/9/2020 |
| Apr 2020 | $1,990 | $55 | $0 on 4/10/2020 |
| Mar 2020 | $1,868 | $43 | $0 on 3/20/2020 |
| Feb 2020 | $1,096 | $33 | $0 on 2/20/2020 |
| Jan 2020 | $762 | $25 | $0 on 1/21/2020 |
| Dec 2019 | $761 | $25 | $0 on 12/9/2019 |
| Nov 2019 | $350 | $25 | $0 on 11/21/2019 |
| Oct 2019 | $1,817 | $25 | $0 on 10/17/2019 |
| Sep 2019 | $1,158 | $25 | $0 on 9/14/2019 |
| Aug 2019 | $600 | $25 | $0 on 8/19/2019 |

### Additional info

Between Sep 2019 and Jun 2021, your credit limit/high balance was $3,500

Between Aug 2019 and Aug 2019, your credit limit/high balance was $3,000

 **Contact Info**

Address          PO BOX 31293,
                 SALT LAKE CITY UT 84131

## CAPITAL ONE BANK USA N

Account •  ███ XXXXXXXXXX



Updated

The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

You can contact CAPITAL ONE BANK USA N at PO BOX 31293, SALT LAKE CITY , UT 84131 or (800) 955-7070

 **After your dispute**

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | **CAPITAL ONE** | Balance | **$2,062** |
| Account Number | **XXXXXXXXXX** | Balance Updated | **08/24/2021** |
| Account Type | **Credit card** | Recent Payment | **$0** |
| Responsibility | **Individual** | Monthly Payment | **$0** |
| Date Opened | **07/25/2014** | Credit Limit | **$1,500** |
| Status | **Account charged off. $1,806 written off. $2,062 past due as of Aug 2021.** | Highest Balance | **$1,806** |
| | | Terms | **NA** |
| Status Updated | **05/2016** | On Record Until | **Aug 2022** |

$ **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | CO | CO | CO | CO | CO | CO | CO | — | — | — | — |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2018 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2017 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2016 | 60 | 90 | 120 | 150 | CO | CO | CO | CO | CO | CO | CO | CO |
| 2015 | ☼ | ☼ | ☼ | ☼ | ☼ | ☼ | ☼ | ☼ | ☼ | ☼ | ☼ | 30 |
| 2014 | — | — | — | — | — | — | — | — | ☼ | ☼ | ☼ | ☼ |

| | | | |
|---|---|---|---|
| ☼ | Current on payments | 30 | 30 Days Past Due |
| 60 | 60 Days Past Due | 90 | 90 Days Past Due |
| 120 | 120 Days Past Due | 150 | 150 Days Past Due |
| CO | Charge off | | |

**Payment history guide**

Charge Off as of May 2016 to Aug 2021

150 days past due as of Apr 2016

120 days past due as of Mar 2016

90 days past due as of Feb 2016

60 days past due as of Jan 2016

30 days past due as of Dec 2015

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jul 2021 | $2,062 | $0 | $0 on 10/8/2015 |
| Jun 2021 | $2,062 | $0 | $0 on 10/8/2015 |
| May 2021 | $2,062 | $0 | $0 on 10/8/2015 |
| Mar 2021 | $2,062 | $0 | $0 on 10/8/2015 |
| Feb 2021 | $2,062 | $0 | $0 on 10/8/2015 |
| Jan 2021 | $2,062 | $0 | $0 on 10/8/2015 |
| Dec 2020 | $2,062 | $0 | $0 on 10/8/2015 |
| Nov 2020 | $2,062 | $0 | $0 on 10/8/2015 |
| Oct 2020 | $2,062 | $0 | $0 on 10/8/2015 |
| Sep 2020 | $2,062 | $0 | $0 on 10/8/2015 |
| Aug 2020 | $2,062 | $0 | $0 on 10/8/2015 |
| Jul 2020 | $2,062 | $0 | $0 on 10/8/2015 |
| Jun 2020 | $2,062 | $0 | $0 on 10/8/2015 |
| May 2020 | $2,062 | $0 | $0 on 10/8/2015 |
| Mar 2020 | $2,062 | $0 | $0 on 10/8/2015 |
| Feb 2020 | $2,062 | $0 | $0 on 10/8/2015 |
| Jan 2020 | $2,062 | $0 | $0 on 10/8/2015 |
| Dec 2019 | $2,062 | $0 | $0 on 10/8/2015 |
| Nov 2019 | $2,062 | $0 | $0 on 10/8/2015 |
| Oct 2019 | $2,062 | $0 | $0 on 10/8/2015 |
| Sep 2019 | $2,062 | $0 | $0 on 10/8/2015 |
| Aug 2019 | $2,062 | $0 | $0 on 10/8/2015 |

**Additional info**

Between Aug 2019 and Jul 2021, your credit limit/high balance was $1,500

## Contact Info

| Address | PO BOX 31293, |
| --- | --- |
| | SALT LAKE CITY UT 84131 |

## Comment

**Current:**

Account previously in dispute - investigation complete, reported by data furnisher

Account closed at credit grantor's request.

**Previous:**

Account previously in dispute - investigation complete, reported by data furnisher

Jun 2021 to Jul 2021, Mar 2021

## Reinvestigation Info

This item was updated from our processing of your dispute in Aug 2021.

## Before your dispute

### Account Info

| | | | |
| --- | --- | --- | --- |
| Account Name | CAPITAL ONE | Balance | $2,062 |
| Account Number | XXXXXXXXXX | Balance Updated | 08/18/2021 |
| Account Type | Credit card | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 07/25/2014 | Credit Limit | $1,500 |
| Status | Account charged off. $1,806 written off. $2,062 past due as of Aug 2021. | Highest Balance | $1,806 |
| | | Terms | NA |
| Status Updated | 05/2016 | On Record Until | Aug 2022 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2021 | CO | CO | CO | CO | CO | CO | CO | CO | — | — | — | — |



| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2018 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2017 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2016 | 60 | 90 | 120 | 150 | CO | CO | CO | CO | CO | CO | CO | CO |
| 2015 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | 30 |
| 2014 | — | — | — | — | — | — | — | — | ○ | ○ | ○ | ○ |

| | | | | |
|---|---|---|---|---|
| ○ | Current on payments | 30 | 30 Days Past Due |
| 60 | 60 Days Past Due | 90 | 90 Days Past Due |
| 120 | 120 Days Past Due | 150 | 150 Days Past Due |
| CO | Charge off | | |

**Payment history guide**

Charge Off as of May 2016 to Aug 2021

150 days past due as of Apr 2016

120 days past due as of Mar 2016

90 days past due as of Feb 2016

60 days past due as of Jan 2016

30 days past due as of Dec 2015

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jul 2021 | $2,062 | $0 | $0 on 10/8/2015 |
| Jun 2021 | $2,062 | $0 | $0 on 10/8/2015 |
| May 2021 | $2,062 | $0 | $0 on 10/8/2015 |
| Mar 2021 | $2,062 | $0 | $0 on 10/8/2015 |
| Feb 2021 | $2,062 | $0 | $0 on 10/8/2015 |
| Jan 2021 | $2,062 | $0 | $0 on 10/8/2015 |
| Dec 2020 | $2,062 | $0 | $0 on 10/8/2015 |
| Nov 2020 | $2,062 | $0 | $0 on 10/8/2015 |
| Oct 2020 | $2,062 | $0 | $0 on 10/8/2015 |
| Sep 2020 | $2,062 | $0 | $0 on 10/8/2015 |
| Aug 2020 | $2,062 | $0 | $0 on 10/8/2015 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jul 2020 | $2,062 | $0 | $0 on 10/8/2015 |
| Jun 2020 | $2,062 | $0 | $0 on 10/8/2015 |
| May 2020 | $2,062 | $0 | $0 on 10/8/2015 |
| Mar 2020 | $2,062 | $0 | $0 on 10/8/2015 |
| Feb 2020 | $2,062 | $0 | $0 on 10/8/2015 |
| Jan 2020 | $2,062 | $0 | $0 on 10/8/2015 |
| Dec 2019 | $2,062 | $0 | $0 on 10/8/2015 |
| Nov 2019 | $2,062 | $0 | $0 on 10/8/2015 |
| Oct 2019 | $2,062 | $0 | $0 on 10/8/2015 |
| Sep 2019 | $2,062 | $0 | $0 on 10/8/2015 |
| Aug 2019 | $2,062 | $0 | $0 on 10/8/2015 |

## Additional info

Between Aug 2019 and Jul 2021, your credit limit/high balance was $1,500

 ## Contact Info

Address          PO BOX 31293,
                 SALT LAKE CITY UT 84131

 ## Comment

**Current:**

**Account previously in dispute - investigation complete, reported by data furnisher**

**Account closed at credit grantor's request.**

**Previous:**

**None**

 ## Reinvestigation Info

**This item was updated from our processing of your dispute in Jun**

2021.

## CAPITAL ONE BANK USA N

Account • ▓▓▓ XXXXXXXXXX



Updated

The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

You can contact CAPITAL ONE BANK USA N at PO BOX 31293, SALT LAKE CITY , UT 84131 or (800) 955-7070

 **After your dispute**

### Account Info

| | | | |
|---|---|---|---|
| Account Name | **CAPITAL ONE** | Balance | - |
| Account Number | ▓▓XXXXXXXXXX | Balance Updated | - |
| Account Type | **Credit card** | Recent Payment | - |
| Responsibility | **Individual** | Monthly Payment | **$0** |
| Date Opened | **12/01/2013** | Credit Limit | **$3,000** |
| Status | **Paid in settlement. $3,598 written off.** | Highest Balance | **$3,598** |
| | | Terms | **NA** |
| Status Updated | **06/2021** | On Record Until | **Aug 2022** |

### $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | CO | CO | CO | CO | CO | — | — | — | — | — | — |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2018 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2017 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2016 | 60 | 90 | 120 | 150 | CO | CO | CO | CO | CO | CO | CO | CO |
| 2015 | ⊘ | ⊘ | ⊘ | ⊘ | ⊘ | ⊘ | ⊘ | ⊘ | ⊘ | ⊘ | ⊘ | 30 |
| 2014 | — | — | — | — | — | — | — | ⊘ | ⊘ | ⊘ | ⊘ | ⊘ |

⊘  Current on payments    30  30 Days Past Due

| | | | |
|---|---|---|---|
| 60 | 60 Days Past Due | 90 | 90 Days Past Due |
| 120 | 120 Days Past Due | 150 | 150 Days Past Due |
| CO | Charge off | | |

### Payment history guide

Charge Off as of May 2016 to Jun 2021

150 days past due as of Apr 2016

120 days past due as of Mar 2016

90 days past due as of Feb 2016

60 days past due as of Jan 2016

30 days past due as of Dec 2015

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| May 2021 | $1,204 | $0 | $0 on 5/11/2021 |
| Apr 2021 | $2,344 | $0 | $0 on 3/30/2021 |
| Mar 2021 | $3,984 | $0 | $0 on 10/8/2015 |
| Feb 2021 | $3,984 | $0 | $0 on 10/8/2015 |
| Jan 2021 | $3,984 | $0 | $0 on 10/8/2015 |
| Dec 2020 | $3,984 | $0 | $0 on 10/8/2015 |
| Nov 2020 | $3,984 | $0 | $0 on 10/8/2015 |
| Oct 2020 | $3,984 | $0 | $0 on 10/8/2015 |
| Sep 2020 | $3,984 | $0 | $0 on 10/8/2015 |
| Aug 2020 | $3,984 | $0 | $0 on 10/8/2015 |
| Jul 2020 | $3,984 | $0 | $0 on 10/8/2015 |
| Jun 2020 | $3,984 | $0 | $0 on 10/8/2015 |
| May 2020 | $3,984 | $0 | $0 on 10/8/2015 |
| Apr 2020 | $3,984 | $0 | $0 on 10/8/2015 |
| Mar 2020 | $3,984 | $0 | $0 on 10/8/2015 |
| Feb 2020 | $3,984 | $0 | $0 on 10/8/2015 |
| Jan 2020 | $3,984 | $0 | $0 on 10/8/2015 |

| Date<br>Dec 2019 | Balance<br>$3,984 | Scheduled Payment<br>$0 | Paid<br>$0 on 10/8/2015 |
|---|---|---|---|
| Nov 2019 | $3,984 | $0 | $0 on 10/8/2015 |
| Oct 2019 | $3,984 | $0 | $0 on 10/8/2015 |
| Sep 2019 | $3,984 | $0 | $0 on 10/8/2015 |
| Aug 2019 | $3,984 | $0 | $0 on 10/8/2015 |

### Additional info

Between Aug 2019 and May 2021, your credit limit/high balance was $3,000

 ### Contact Info

Address                PO BOX 31293,
                       SALT LAKE CITY UT 84131

 ### Comment

**Current:**

**Account previously in dispute - investigation complete, reported by data furnisher**

**Account paid in full for less than full balance**

**Previous:**

**None**

 ### Reinvestigation Info

**This item was updated from our processing of your dispute in Aug 2021.**

 ## Before your dispute

 ### Account Info

| Account Name | CAPITAL ONE | Balance | - |
|---|---|---|---|
| Account Number | ▇▇▇▇XXXXXXXXXX | Balance Updated | - |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | $0 |

| Date Opened | 12/01/2013 | Credit Limit | $3,000 |
| Status | Paid in settlement. $3,598 written off. | Highest Balance | $3,598 |
| | | Terms | NA |
| Status Updated | 07/2021 | | |
| | | On Record Until | Sep 2022 |

$ **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | CO | CO | CO | CO | CO | CLS | — | — | — | — | — |
| 2020 | CO | CO | CO | CO | — | CO | CO | CO | — | CO | CO | CO |
| 2019 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2018 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2017 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2016 | 60 | 90 | 120 | 150 | — | CO | CO | CO | CO | CO | CO | CO |
| 2015 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | 30 |
| 2014 | — | — | — | — | — | — | — | ○ | ○ | ○ | ○ | ○ |

| ○ | Current on payments | 30 | 30 Days Past Due |
|---|---|---|---|
| 60 | 60 Days Past Due | 90 | 90 Days Past Due |
| 120 | 120 Days Past Due | 150 | 150 Days Past Due |
| CLS | Closed | CO | Charge off |

**Payment history guide**

Charge Off as of Jun 2021, May 2021, Apr 2021, Mar 2021, Feb 2021, Jan 2021, Dec 2020, Nov 2020, Oct 2020, Sep 2020, Aug 2020, Jul 2020, Jun 2020, May 2020, Apr 2020, Mar 2020, Feb 2020, Jan 2020, Dec 2019, Nov 2019, Oct 2019, Sep 2019, Aug 2019, Jul 2019, Jun 2019, May 2019, Apr 2019, Mar 2019, Feb 2019, Jan 2019, Dec 2018, Nov 2018, Oct 2018, Sep 2018, Aug 2018, Jul 2018, Jun 2018, May 2018, Apr 2018, Mar 2018, Feb 2018, Jan 2018, Dec 2017, Nov 2017, Oct 2017, Sep 2017, Aug 2017, Jul 2017, Jun 2017, May 2

150 days past due as of Apr 2016

120 days past due as of Mar 2016

90 days past due as of Feb 2016

60 days past due as of Jan 2016

30 days past due as of Dec 2015

▤ **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jun 2021 | $704 | $0 | $0 on 6/9/2021 |
| May 2021 | $1,204 | $0 | $0 on 5/11/2021 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2021 | $2,344 | $0 | $0 on 3/30/2021 |
| Mar 2021 | $3,984 | $0 | $0 on 10/8/2015 |
| Feb 2021 | $3,984 | $0 | $0 on 10/8/2015 |
| Jan 2021 | $3,984 | $0 | $0 on 10/8/2015 |
| Dec 2020 | $3,984 | $0 | $0 on 10/8/2015 |
| Nov 2020 | $3,984 | $0 | $0 on 10/8/2015 |
| Oct 2020 | $3,984 | $0 | $0 on 10/8/2015 |
| Sep 2020 | $3,984 | $0 | $0 on 10/8/2015 |
| Aug 2020 | $3,984 | $0 | $0 on 10/8/2015 |
| Jul 2020 | $3,984 | $0 | $0 on 10/8/2015 |
| Jun 2020 | $3,984 | $0 | $0 on 10/8/2015 |
| May 2020 | $3,984 | $0 | $0 on 10/8/2015 |
| Apr 2020 | $3,984 | $0 | $0 on 10/8/2015 |
| Mar 2020 | $3,984 | $0 | $0 on 10/8/2015 |
| Feb 2020 | $3,984 | $0 | $0 on 10/8/2015 |
| Jan 2020 | $3,984 | $0 | $0 on 10/8/2015 |
| Dec 2019 | $3,984 | $0 | $0 on 10/8/2015 |
| Nov 2019 | $3,984 | $0 | $0 on 10/8/2015 |
| Oct 2019 | $3,984 | $0 | $0 on 10/8/2015 |
| Sep 2019 | $3,984 | $0 | $0 on 10/8/2015 |
| Aug 2019 | $3,984 | $0 | $0 on 10/8/2015 |

**Additional info**

Between Aug 2019 and Jun 2021, your credit limit/high balance was $3,000

**Contact Info**

Address                         PO BOX 31293,
                                SALT LAKE CITY UT 84131

**Comment**

**Current:**

Account paid in full for less than full balance

**Previous:**

None

## If our reinvestigation has not resolved your dispute, you have several options:

➡ **You may add a statement of up to 100 words to your report.** If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

➡ **You may contact the company that reports the information to us and dispute it directly with them.** If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

➡ **You may provide us additional information or documents about your dispute.** Experian's online Dispute Center lets you easily add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

➡ **You may file a complaint about Experian or the company reporting the item,** with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.

**If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement,**you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland, or New York.) If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment, or apartment rental.

**If interested, you may also request a description of how the reinvestigation was conducted** along with the business name, address, and telephone number (if reasonably available) of the furnisher of information.

**Thank you for helping ensure the accuracy of your credit information.** For frequently asked questions about your credit report, please visit experian.com/consumerfaqs. If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Notices

Self-Reported Accounts: Your Experian credit report contains data you contributed through Experian Boost. Sign in to your membership at www.experian.com to add/remove self-reported accounts. The account number listed on your Experian credit report is a tracking number generated by Experian—not the account number at your bank or payee. Original creditor is the source of your self-reported data (your bank) and the payee (the company to which you pay your bills). The recent balance and monthly payment reflects the most recent payment amount recorded at your bank.



# Your Credit Report
**At a Glance**

## Personal Information

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

## Names

| | | | |
|---|---|---|---|
| MARY S CEHI | MARY CEHI | MARY SUE CEHI | MARY SUES CEHI |
| ▮ | ▮ | ▮ | ▮ |
| MARY S LUDWIG | MARY SUE LUDWIG | MARRY CEHI | SUE S CEHI |
| ▮ | ▮ | ▮ | ▮ |